UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | : | |
|---|---|---|
| INDYMAC BANK, F.S.B., | : | Case No.: |
| Plaintiff, | : | |
| – against – | : | |
| | : | **RULE 7.1 STATEMENT** |
| NATIONAL SETTLEMENT AGENCY, INC.; STEVEN M. LEFF; RACHEL M. LEFF; RICHARD A. LEFF; JOHN DOES 1–100, | : | |
| Defendants. | : | |
| | : | |

---

IndyMac Bank, F.S.B., by its undersigned counsel, certifies that it is a subsidiary of IndyMac Bancorp, Inc. and that no other publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
July 31, 2007

FELDMAN WEINSTEIN & SMITH LLP
Attorneys for Plaintiff

By: _____
Eric Weinstein (EW 5423)
David J. Galalis (DG 1654)
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000