UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────────── :

INDYMAC BANK, F.S.B.,                    :

        Plaintiff,           :

  – against –                       :

NATIONAL SETTLEMENT AGENCY, INC.; :
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; JOHN DOES 1–100,        :

        Defendants.          :

                 :

───────────────────────────────────────

Case No.: 07 CIV 06805 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED. 8/14/07

RECEIVED
AUG 09 2007
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

**ORDER TO SHOW CAUSE FOR
ORDER OF ATTACHMENT,
PRELIMINARY INJUNCTION,
AND EXPEDITED DISCOVERY**

      **WHEREAS** prior application was made to this Court for a temporary restraining order,

preliminary injunction, order of attachment, and expedited third-party discovery on August 6,

2007; the court entered a temporary restraining order against all the named defendants on August

6, 2007; the court allowed expedited third-party discovery to commence on August 6, 2007; the

court held a hearing on August 7, 2007 at 3:00pm before the Honorable Kimba M. Wood; Larry

H. Krantz, Krantz & Berman LLP, 747 Third Avenue, 32nd Floor, New York, NY 10017,

criminal counsel for Steven M. Leff, appeared and stated on the record that he does not represent

Steven M. Leff in this action and that neither Steven M. Leff nor National Settlement Agency,

Inc. were making an appearance in this action;

      **NOW THEREFORE** upon the Order to Show Cause "so ordered" by the Honorable

Kimba M. Wood on August 6, 2007 and its accompanying papers (affidavit of Nicholas J.

Nyland, sworn to on August 1, 2007, the Declaration of David J. Galalis dated August 6, 2007,

the Memorandum of Law dated August 6, 2007, and a copy of the complaint), and upon the

Declaration of David J. Galalis dated August 7, 2007, it is hereby:

**ORDERED THAT,** Steven M. Leff and National Settlement Agency, Inc. show cause before this Court at Room 15B, United States Courthouse 500 Pearl Street, New York, NY 10007 on the __16th__ day of August 2007 at __3:00 p.m.__, or as soon thereafter as counsel can be heard:

(1)     Why an order of attachment pursuant to Fed. R. Civ. P. 64 and C.P.L.R. § 6201 should not be entered against the assets of Steven M. Leff and National Settlement Agency, Inc., and any interest of Steven M. Leff or National Settlement Agency, Inc. in personal or real property or any debt owed to Steven M. Leff or National Settlement Agency, Inc. situated in the State of New York sufficient to ensure satisfaction of a judgment of $2,349,150 plus interest, costs, disbursements, and fees; and

(2)     Why a preliminary injunction should not be entered pursuant to Fed. R. Civ. P. 65 enjoining Steven M. Leff and National Settlement Agency, Inc., their garnishees, officers, directors, partners, affiliates, agents, employees, assigns, and any entities or individuals acting on their behalf, during the pendency of this action, from directly or indirectly secreting, transferring, selling, alienating, concealing, encumbering, or otherwise dissipating any of Steven M. Leff's or National Settlement Agency Inc.'s assets, up to $2,349,150 plus interest, costs, disbursements, and fees, but excluding ordinary and usual living and business expenses; and

(3)     Why an order allowing continued expedited third-party discovery should not be entered; and

(4)     Why an order allowing expedited discovery against Steven M. Leff and National Settlement Agency, Inc. should not be entered; and

(5)     Why an order awarding any other relief this Court may deem just and proper should not be entered; and it is further

2

**ORDERED** that a copy of this Order, the Order to Show Cause "so ordered" by the

Honorable Kimba M. Wood on August 6, 2007 and the papers upon which it was based, and the

Declaration of David J. Galalis dated August 7, 2007 shall be served by hand upon Steven M.

Leff and National Settlement Agency, Inc. on or before 5:00pm, August 10, 2007; Rachel M.

Leff shall be served with this Order to Show Cause and the Declaration of David J. Galalis dated

August 7, 2007 by overnight mail through Larry Morrison at 220 East 72nd Street, 25th Fl., New

York, NY 10021 by August 8, 2007; Richard A. Leff shall be served with this Order to Show

Cause and the Declaration of David J. Galalis dated August 7, 2007 by overnight mail through

Michael L. Soshnick, 190 Willis Avenue, Suite 112, Mineola, NY 11501 by August 8, 2007; and

it is further

**ORDERED** that any opposition papers be served upon counsel for the plaintiff so that

they are received within two days of the return date on this order to show cause.

Dated: New York, New York

    August 8, 2007                 SO ORDERED: _____
                                                United States District Judge

**FELDMAN WEINSTEIN & SMITH LLP**
Attorneys for Plaintiff IndyMac Bank, F.S.B.

By: _____
    Eric Weinstein (EW 5423)
    David J. Galalis (DG 1654) —
    420 Lexington Avenue, Ste. 2620
    New York, NY 10170
    (212) 869-7000

3