# EXHIBIT D

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: NATIONAL SETTLEMENT AGENCY, INC.

Selected Entity Status Information

**Current Entity Name:** NATIONAL SETTLEMENT AGENCY, INC.
**Initial DOS Filing Date:** APRIL 01, 1998
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
LAW OFFICES OF STEVEN LEFF
575 MADISON AVENUE
SUITE 1006
NEW YORK, NEW YORK, 10022

**Chairman or Chief Executive Officer**
RACHEL M LEFF
575 MADISON AVENUE
10TH FLOOR
NEW YORK, NEW YORK, 10022-2511

**Principal Executive Office**
RACHEL M LEFF
575 MADISON AVENUE
10TH FLOOR
NEW YORK, NEW YORK, 10022-2511

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page