# EXHIBIT E

# CollateralFile.com



| HOME | CONTACT | ABOUT | LOCATIONS | CLOSINGS | CEMA's | CO-OP's |



**National Settlement Agency** represents many lenders in the payoff of their customers' cooperative and mortgage loans to be paid off as assignments.

At NSA, we are committed to providing the best service possible. This includes allowing you access to your files **24 hours a day, 7 days a week.**

We respect the confidentiallity of the information contained in each payoff file. Therefore, in order to maintain your privacy, the information can only be accessed by entering **your unique username and password.**



New Assignment Request Click Here

**Login:**

Username: [          ]
Password: [          ]

[Submit]

New User request Account

**LOG IN AND CHECK YOUR STATUS!**
With Collateral Fileby NSA, all you have to do is log in, point and click! Our online database operates in real time so there is never a delay.

Log in and check for yourself with NSA!



National Settlement Agency All Rights Reserved 2004

# COLLATERALFILE.com



| HOME | CONTACT | ABOUT | LOCATIONS | CLOSINGS | CEMA's | CO-OP's |



Local Closing Location

New York State *
City  Address
New York City  404 Park Avenue South 5th Floor
New York City  575 Madison Avenue 10th Floor
Syosset  6800 Jericho Turnpike
Uniondale  59 Charles Lindbergh Boulevard
Lake Success  1979 Marcus Avenue
Melville  200 Broadhollow Road
Hauppauge  300 Vanderbilt Motor Parkway
Bohemia  80 Orville Drive
Southampton  25 Bowden Square
East Hampton  15 Anvil Court
Tarrytown  560 White Plains Road
White Plains  50 Main Street
Rye  350 Theodore Freund Avenue
Buffalo  1250 Statler Towers
Albany  9 Executive Park Drive
Rochester  311 Alexander Street

New Jersey State **
City  Address
East Brunswick  197 State Route 18
Bridgewater  1200 Route 22 East
West Orange  200 Executive Drive
Freehold  4400 Route 9 South

* New York: Closings in Dutchess, Orange and Upper Westchester Counties or any other County where one of our closing offices is not convenient. The closing can take place at the Borrower's choosing without any travel fee. For closings in the Counties where we have closing locations, we can also close at a location of the Borrower's choosing without any travel fee.

National Settlement Agency All Rights Reserved 2004