# EXHIBIT G

Web   Images   Video   News   Maps   Gmail   more ▼                                                                  Sign in

# Google

"National Settlement Agency, Inc."   Search   Advanced Search / Preferences

New! View and manage your web history

Web           Results 1 - 10 of about 108 for "National Settlement Agency, Inc.". (0.31 seconds)

**Welcome To ClosingRocket**
May Request A UserID And Password Here · Change My Password · Download NSA POINT Component. ©2001 **National Settlement Agency Inc**. All rights reserved.
www.closingrocket.com/ - 14k - Cached - Similar pages

**Welcome To ClosingRocket**
**National Settlement Agency, Inc**. is the exclusive representative of Homecomings Financial Network, Inc, Ocwen Federal Bank, and CENLAR for their servicing ...
www.closingrocket.com/nsanotables.asp - 12k - Cached - Similar pages
[ More results from www.closingrocket.com ]

**Notary Signing Services**
**National Settlement Agency, Inc**. National Settlement Services - Scheduling. Nations Direct. Nations Direct Title Agency, LLC. Nations Signature Closers, Inc ...
www.notary-guide.com/notarysigningservices.html - 16k - Cached - Similar pages

**Mobile Notary Signing Services - Companies hiring Mobile Notary ...**
**National Settlement Agency, Inc** (NSA) AKA Closing Rocket National Settlement Services- NSS National Settlement Services- NSS Nations Direct ...
www.notaryquest.com/signingserviceslist.htm - 18k - Cached - Similar pages

**National Settlement Agency, Inc THROUGH National Sign Maintenance ...**
**National Settlement Agency, Inc** Tarrytown, NY **National Settlement Agency, Inc** Southampton, NY **National Settlement Agency, Inc** West Orange, NJ ...
www.ecnext.com/seocm/us/8160501-8160600 - 19k - Cached - Similar pages

**National Salon Resources THROUGH Natura Flex Inc | Manta Company ...**
**National Settlement Agency, Inc** THROUGH National Sign Maintenance Co Inc · National Sign Manufacturing THROUGH National Society Colonial Dames ...
www.ecnext.com/seocm/us/8160001-8170000 - 23k - Cached - Similar pages

**National Settlement Agency Inc**
**National Settlement Agency, Inc**. ... Has anyone delt with **National Settlement Agency, Inc**. and if so good or bad? Thank you for your help. ...
www.notaryrotary.com/archive/forum/
2005/July/National_Settlement_Agency_Inc_.html - 7k - Cached - Similar pages

**signing company list - mobilenotary.info**
**National Settlement Agency, Inc**. 404 Park Avenue South, 5th Floor New York, NY 10016 2124578182 2124578175 arlene@closingrocket.com ...
www.mobilenotary.info/resources.php3 - 67k - Cached - Similar pages

**:::COLLATERALFILE:::**
... is $450.00 which needs to be paid upfront by sending a check to **National Settlement Agency Inc. 404 Park Ave South, City Floor, New York, NY 10028**. ...
www.collateralfile.com/Place_a_CEM_Order_db.asp - 95k - Cached - Similar pages

NYC.com information, maps, directions and reviews on **National Settlement Agency Inc** and other in New York City. NYC.com, the authentic city site, ...
www.nyc.com/Yellow_Pages/National_Settlement_Agency_Inc.347514/editorial.aspx - 70k - Cached - Similar pages

**1** 2 3 4 5 6    **Next**

Try Google Desktop: search your computer as easily as you search the web.

"National Settlement Agency, Inc."   Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google



# Affinity Closing Services

- Home
- Contact Information
- Location

### Extension Listing By Name and E-Mail:

| Name | Extension |
|---|---|
| Main Phone # (212)457-8181 | |
| ABINA LEE | 8169 |
| ALISON MEDINA | 8145 |
| ARLENE OPPENHEIMER | 8175 |
| CARLITO GALLARD | |
| CHRISTINA UVA | 8158 |
| DAISY CHANG | 8154 |
| EDWIN HENRIQUEZ | 8193 |
| ELSA TORRES | 8179 |
| HANGUO WU | 8194 |
| IRENE CINA | 8159 |
| JENNY CHUNG | 8100 |
| JESILLE YMALAY | 8104 |
| JODI SCHAIMAN | 8163 |
| JOSHUA BERRESFORD | 8155 |
| LAURIE DEL VECCHIO | 8160 |
| LISSETTE RAMOS | 8107 |
| MAUREEN MCKINNEY | 8157 |
| MELANIE ROMERO | 8151 |
| RENEE PRYOR | 8196 |
| RICHARD LEFF | 8170 |
| SABINE FRENCH | 8197 |
| SANDRA STRUTHERS | 8172 |
| SANDY DOMBAKLY | 8171 |
| SHAKEMA BARBER | 8178 |
| STEVEN LEFF | 8188 |
| TODD LAYNE | 8132 |
| FRONT DESK | 8100 |
| LARGE CONFERENCE ROOM | 8197 |

| | |
|---|---|
| MEDIUM CONFERENCE ROOM | 8196 |
| SMALL CONFERENCE ROOM | 8195 |

## Extension Listing By Department:

| Main Phone #  (212)457-8181 | |
|---|---|
| Department | Extension |
| SCHEDULING | 1 |
| TITLE STATUS | 2 |
| CLOSING FIGURES | 3 |
| POST CLOSING | 4 |
| FUNDING | 5 |
| TITLE CLEARANCE ISSUES | 6 |
| SUBORDINATION AGREEMENT, CEM | 7 |
| AGREEMENT OR COOP DOCS | 9 |

## Contact Information Sheet:

| | |
|---|---|
| Main Phone # (212)457-8181 | Main Fax # (212)457-8182 |

| | |
|---|---|
| **NEW FILES:** | Arlene Oppenheimer, Edwin Henriquez & Melanie Romero |
| **TITLE STATUS:** | Arlene Oppenheimer, Edwin Henriquez |
| **TITLE ISSUES:** | Richard Leff Esq. |
| **SCHEDULING:** | Renee Pryor & Sandra Struthers |
| **CLOSING FIGURES:** | Renee Pryor & Sandra Struthers |
| **POST CLOSING:** | Abina Lee & Shakema Barber |
| **SERVICE ISSUES** | Steven Leff |

©2007 Affinity Closing Services Inc. All rights reserved.