# EXHIBIT A



**Loan # - 126888382 - Microsoft Internet Explorer provided by Indymac Bank**

## Loan Detail

| Description | Value |
| --- | --- |
| Loan Number | 126888382 |
| Borrower First Name | Cedric |
| Borrower Last Name | HOLDER |
| Loan Type | IO5 LIB/10 |
| Loan Request ID | 1241955 |
| MIN Number | 100055401268889826 |
| Lien Position | 1st |
| Region | EST |
| Team | NJ3 |

## Wire Detail

| Description | Value |
| --- | --- |
| Wire Amount | $562,657.58 |
| Division Code | CDE |
| Division Batch Number | 175886 |
| Confirmation | 20070626L1LFB39C001461 |
| Scheduled Wire Date | 06/26/2007 12:00:00 AM |
| Submitted By | VDELENGO |
| Recipient Name | National Settlement Agency |
| Recipient Account | 987096757765 |
| Recipient Address 1 | 101 Park Ave S |
| Recipient Address 2 | New York, NY 10016 |
| Recipient Address 3 | |
| Bank Name | Chase Manhattan Ba |
| Bank ABA | 021000021 |
| Bank Address | Chase Manhattan Ba |
| Requested By | IndyMac Mortgage Holdings, Inc |
| Requestor Address | 155 North Lake Avenue |
| Requestor City and State | Pasadena, CA 91101 |
| Ultimate Beneficiary Name | order # |
| Ultimate Beneficiary Account | |
| Payment Details 1 | . |
| Payment Details 2 | |
| Payment Details 3 | Cedric Holder |



## Loan Detail

| Description | Value |
|---|---|
| Loan Number | 126852120 |
| Borrower First Name | Cedric |
| Borrower Last Name | Holder |
| Loan Type | IO F30/120 |
| Loan Request ID | 1247698 |
| MIN Number | 1000554012685212O9 |
| Lien Position | 1st |
| Region | EST |
| Team | NJ3 |

## Wire Detail

| Description | Value |
|---|---|
| Wire Amount | $496,004.33 |
| Division Code | CDE |
| Division Batch Number | 176774 |
| Confirmation | 20070702L1LFB39C000815 |
| Scheduled Wire Date | 07/02/2007 12:00:00 AM |
| Submitted By | JKAIGHN |
| Recipient Name | National Settlement Agency |
| Recipient Account | 987096757765 |
| Recipient Address 1 | 404 Park Ave S |
| Recipient Address 2 | New York, NY 10016 |
| Recipient Address 3 | |
| Bank Name | Chase Manhattan Ba |
| Bank ABA | 021000021 |
| Bank Address | Chase Manhattan Ba |
| Requested By | IndyMac Mortgage Holdings, IL |
| Requestor Address | 155 North Lake Avenue |
| Requestor City and State | Pasadena, CA 91101 |
| Ultimate Beneficiary Name | order # |
| Ultimate Beneficiary Account | |
| Payment Details 1 | . |
| Payment Details 2 | |
| Payment Details 3 | Holder #12685212 |



## Loan Detail

| Description | Value |
|---|---|
| Loan Number | 126712948 |
| Borrower First Name | John |
| Borrower Last Name | Packard |
| Loan Type | IO F30/120 |
| Loan Request ID | 1244428 |
| MIN Number | 100055401267129486 |
| Lien Position | 1st |
| Region | EST |
| Team | NJ3 |

## Wire Detail

| Description | Value |
|---|---|
| Wire Amount | $1,440,325.07 |
| Division Code | CDE |
| Division Batch Number | 76249 |
| Confirmation | 20070629L1LFB39C000228 |
| Scheduled Wire Date | 06/29/2007 12:00:00 AM |
| Submitted By | JKAIGHN |
| Recipient Name | National Settlement Agency |
| Recipient Account | 904613917 |
| Recipient Address 1 | 404 Park Ave S |
| Recipient Address 2 | New York, NY 10016 |
| Recipient Address 3 | |
| Bank Name | The Chase Manhatta |
| Bank ABA | 021000021 |
| Bank Address | The Chase Manhatta |
| Requested By | IndyMac Mortgage Holdings, Inc |
| Requestor Address | 155 North Lake Avenue |
| Requestor City and State | Pasadena, CA 91101 |
| Ultimate Beneficiary Name | Ref to order |
| Ultimate Beneficiary Account | |
| Payment Details 1 | . |
| Payment Details 2 | |
| Payment Details 3 | PACKARD 12671294 |



### Loan Detail

| Description | Value |
|---|---|
| Loan Number | 126383851 |
| Borrower First Name | Marcia |
| Borrower Last Name | Penny |
| Loan Type | IO51LIB/10 |
| Loan Request ID | 1231714 |
| MIN Number | 1000554012638385101 |
| Lien Position | 1st |
| Region | EST |
| Team | NJ2 |

### Wire Detail

| Description | Value |
|---|---|
| Wire Amount | $361,429.54 |
| Division Code | CDE |
| Division Batch Number | 74054 |
| Confirmation | 20070613L1LFB39C000078 |
| Scheduled Wire Date | 06/13/2007 12:00:00 AM |
| Submitted By | TPRACHT |
| Recipient Name | National Settlement Agency |
| Recipient Account | 904613917 |
| Recipient Address 1 | 104 Park Ave S |
| Recipient Address 2 | New York, NY 10016 |
| Recipient Address 3 | |
| Bank Name | The Chase Manhatta |
| Bank ABA | 021000021 |
| Bank Address | The Chase Manhatta |
| Requested By | IndyMac Mortgage Holdings, INC |
| Requestor Address | 155 North Lake Avenue |
| Requestor City and State | Pasadena CA 91101 |
| Ultimate Beneficiary Name | Ref to order |
| Ultimate Beneficiary Account | |
| Payment Details 1 | |
| Payment Details 2 | |
| Payment Details 3 | Penny - 126383 |



### Loan Detail

| Description | Value |
|---|---|
| Loan Number | 126739313 |
| Borrower First Name | Rocco |
| Borrower Last Name | Scali |
| Loan Type | IO-F30/120 |
| Loan Request ID | 1236826 |
| MIN Number | 100055401267393132 |
| Lien Position | 1st |
| Region | EST |
| Team | NJ2 |

### Wire Detail

| Description | Value |
|---|---|
| Wire Amount | $200,412.58 |
| Division Code | CDE |
| Division Batch Number | 174956 |
| Confirmation | 20070620L1LFB39C000050 |
| Scheduled Wire Date | 06/20/2007 12:00:00 AM |
| Submitted By | JKAIGHN |
| Recipient Name | National Settlement Agency |
| Recipient Account | 904613917 |
| Recipient Address 1 | 101 Park Ave S |
| Recipient Address 2 | New York, NY 10016 |
| Recipient Address 3 | |
| Bank Name | The Chase Manhatta |
| Bank ABA | 021000021 |
| Bank Address | The Chase Manhatta |
| Requested By | Indymac Mortgage Holdings, Inc |
| Requestor Address | 155 North Lake Avenue |
| Requestor City and State | Pasadena, CA 91101 |
| Ultimate Beneficiary Name | Ref to order |
| Ultimate Beneficiary Account | |
| Payment Details 1 | |
| Payment Details 2 | |
| Payment Details 3 | Scali #126739313 |