**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDYMAC BANK, F.S.B.,

              Plaintiff,

– against –

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; JOHN DOES 1–100,

              Defendants.

Case No.: 07 cv 6865 (LTS)

**ORDER OF ATTACHMENT, PRELIMINARY INJUNCTION, AND ORDER ALLOWING EXPEDITED DISCOVERY**

**AS AGAINST RACHEL M. LEFF**

---

    **UPON** plaintiff IndyMac Bank, F.S.B.'s Order to Show Cause dated August 16, 2007, the Affidavit of Nicholas J. Nyland sworn to August 1, 2007, the Declaration of Eric Weinstein dated August 16, 2007, and the Memorandum of Law dated August 16, 2007, and due deliberation being had thereon;

    **AND** plaintiff having filed a Summons and Complaint on July 31, 2007 and the Order to Show Cause having been filed on _____ requiring Rachel M. Leff to show cause why the following orders should not be entered: (1) an order of attachment pursuant to Fed. R. Civ. P. 64 and C.P.L.R. § 6201, (2) a preliminary injunction pursuant to Fed. R. Civ. P. 65; and (3) an order allowing expedited discovery against Rachel M. Leff;

    **AND** plaintiff having filed an undertaking in the sum of $10,000 pursuant to the Order to Show Cause dated August 6, 2007;

    **AND** Rachel M. Leff having been served on _____ with the Order to Show Cause dated August 16, 2007, directing her to appear before this court on this day;

**AND** the plaintiff having appeared before this Court on _____ and Rachel M. Leff having _____;

**AND** the Court having determined, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. §§ 6201(3) and 6212 that: (a) plaintiff has causes of action whereby it has demanded and would be entitled to a money judgment against Rachel M. Leff in the amount of $2,349,150.00, plus interest, costs, and disbursements, (b) it is probable that the plaintiff will succeed on the merits of its claims against Rachel M. Leff, (c) Rachel M. Leff with intent to defraud the plaintiff or frustrate the enforcement of a judgment that might be rendered in the plaintiff's favor, has assigned, disposed of, and secreted property, and is about to continue such acts, and (d) the amount demanded from Rachel M. Leff exceeds all counterclaims known to the plaintiff;

**IT IS HEREBY ORDERED THAT** the amount to be secured by this Order of Attachment shall be $2,349,150.00 plus the legal rate of interest thereon from June 13, 2007, costs, and United States Marshals Service's fees and expenses; and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 64 and C.P.LR. §§ 6210 & 6211(a), the United States Marshals Service of the Southern District of New York or of any district in the State of New York shall levy, at any time before final judgment, upon the assets of Rachel M. Leff situated in the State of New York, including but not limited to, any interest of Rachel M. Leff in personal or real property, any debt owed to Rachel M. Leff, or any investment accounts and investments, including commercial paper, which any third-party (including JP Morgan Chase) keeps in trust or possession for the benefit of Rachel M. Leff, Samuel (Sam or Sammy) Leff, or Ryan Leff, as will satisfy the above-stated amount to be secured by this Order of Attachment; and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. § 6220, on or before

_____ Rachel M. Leff shall provide counsel for plaintiff a sworn affidavit enumerating in detail each and every bank account, investment account, investment, commercial paper, parcel of real property, motor vehicle, watercraft, or other personal property of $10,000 of value or more, whether held personally or in trust, and the location and garnishee of each; and it is further

**ORDERED** that, pending the final resolution of this action, or an Order of this Court directing otherwise, Rachel M. Leff, acting in her personal capacity or as custodian or trustee, and her garnishees, officers, directors, partners, affiliates, agents, employees, assigns, and any entities or individuals acting on her behalf, are restrained and enjoined from directly or indirectly secreting, transferring, selling, alienating, concealing, encumbering, or otherwise dissipating any of Rachel Leff's assets, or paying any debt owed by Rachel Leff, up to $2,349,150.00 plus interest, costs, disbursements, and fees, but excluding ordinary and usual living and business expenses; and it is further

**ORDERED** that the plaintiff may immediately begin taking discovery from Rachel M. Leff.

Dated: New York, New York

_____                    SO ORDERED: _____
                                                       United States District Judge


**FELDMAN WEINSTEIN & SMITH LLP**
Attorneys for Plaintiff IndyMac Bank, F.S.B.

By: _/s/_____
Eric Weinstein (EW 5423)
Yong Hak Kim (Of Counsel)
David J. Galalis (DG 1654)
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000