# EXHIBIT C

May 1, 2007 - May 31, 2007
Page 7 of 10

Primary Account Number 904-613917

NATIONAL SETTLEMENT AGENCY INC
ESCROW FUNDING ACCOUNT

904-613917
(continued)

NATIONAL SETTLEMENT AGENCY INC
ESCROW FUNDING ACCOUNT

| Withdrawals and Debits | Date | Description | Amount |
|---|---|---|---|
| | | CHK# 66157 AMT 32,671.47 CHK DATE 05/16/07 | |
| | 05/17 | Online Transfer To XXXXXXXX7765 | $8,000.00 |
| | 05/17 | Fedwire Debit | $32,676.01 |
| | 05/17 | Online Transfer To XXXXXXXX3065 | $46,857.23 |
| | 05/17 | Online Transfer To XXXXX4702 | $150,000.00 |
| | 05/18 | Stop Placed Stop Placed CHK# 66148 AMT 1,063,404.88 CHK DATE 05/16/07 | |
| | 05/21 | Stop Removed STOP REMOVED CHK# 64093 AMT 155,865.00 CHK DATE 11/20/06 | |
| | 05/22 | Stop Placed Stop Placed CHK# 65960 AMT 35,994.84 CHK DATE 05/07/07 | |
| | 05/22 | Fedwire Debit | $35,994.84 |
| | 05/22 | Aip Overnight Investment AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. CPSWP052207. | $43,335.00 |
| | 05/23 | Stop Placed Stop Placed CHK# 66115 AMT 82,196.93 CHK DATE 05/15/07 | |
| | 05/23 | Online Transfer To XXXXXXXX3065 | $4,000.00 |
| | 05/23 | Aip Overnight Investment AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. CPSWP052307. | $24,370.00 |
| | 05/23 | Online Transfer To XXXXXXXX3065 | $41,234.88 |
| | 05/23 | CHIPS Debit | $82,196.93 |
| | 05/23 | Fedwire Debit | $606,455.52 |
| | 05/24 | Electronic Funds Transfer ORIG CO NAME:GREENPOINT MORTG ORIG ID:1943179980 DESC DATE:070524 CO ENTRY DESCR:MORTG PMT SEC:TEL TRACE#:021000025441695 EED:070524 IND ID:145586913 IND NAME:RYAN VILLANTE, CAROL 1620000480  GAPA1 | $3,581.48 |
| | 05/24 | Online Transfer To XXXXX4702 | $90,000.00 |
| | 05/24 | Fedwire Debit | $142,451.49 |
| | 05/24 | Online Transfer To XXXXXXX5265 | $400,000.00 |
| | 05/24 | Fedwire Debit | $726,934.24 |
| | 05/25 | Stop Placed Stop Placed CHK# 65820 AMT 47,751.00 CHK DATE 04/20/07 | |
| | 05/25 | Stop Placed Stop Placed CHK# 65822 AMT 11,395.00 | |

June 1, 2007 - June 29, 2007
Page 6 of 10

Primary Account Number 904-613917

NATIONAL SETTLEMENT AGENCY INC
ESCROW FUNDING ACCOUNT

904-613917
(continued)

NATIONAL SETTLEMENT AGENCY INC
ESCROW FUNDING ACCOUNT

| Withdrawals and Debits | Date | Description | Amount |
|---|---|---|---|
| | | CHK# 66003 AMT 368,031.82 CHK DATE 05/03/07 | |
| | 06/15 | Stop Placed Stop Placed CHK# 66066 AMT 3,912.50 CHK DATE 05/11/07 | |
| | 06/15 | Stop Placed Stop Placed CHK# 66254 AMT 106,747.59 CHK DATE 06/04/07 | |
| | 06/15 | Account Analysis Settlement Charge ACCOUNT ANALYSIS SETTLEMENT CHARGE | $1,420.09 |
| | 06/15 | Electronic Funds Transfer ORIG CO NAME:ABN AMRO ORIG ID:1943179980 DESC DATE:070615 CO ENTRY DESCR:MORTG PMT SEC:TEL TRACE#:021000024065012 EED:070615 IND ID:146130155 IND NAME:YASGUR, JOEL 1620000330 GAPA1 | $13,468.26 |
| | 06/18 | Stop Removed STOP REMOVED CHK# 64520 AMT 480,084.17 CHK DATE 12/18/06 | |
| | 06/18 | Stop Removed STOP REMOVED CHK# 64541 AMT 22,169.90 CHK DATE 12/18/06 | |
| | 06/18 | Stop Placed Stop Placed CHK# 66354 AMT 398,390.00 CHK DATE 06/14/07 | |
| | 06/19 | Electronic Funds Transfer ORIG CO NAME:AMC Mortgage Ser ORIG ID:2223874234 DESC DATE:070618 CO ENTRY DESCR:MORTGAGE SEC:TEL TRACE#:021000028726613 EED:070619 IND ID:0123765927 IND NAME:JOHN J FAUGHEY SPEEDPAY | $8.00 |
| | 06/19 | Electronic Funds Transfer ORIG CO NAME:AMC Mortgage Ser ORIG ID:4223874234 DESC DATE:070618 CO ENTRY DESCR:MORTGAGE SEC:TEL TRACE#:021000028726611 EED:070619 IND ID:0123765927 IND NAME:JOHN J FAUGHEY SPEEDPAY | $4,383.29 |
| | 06/21 | Stop Placed Stop Placed CHK# 66262 AMT 238,825.28 CHK DATE 06/06/07 | |
| | 06/22 | Stop Placed Stop Placed CHK# 66349 AMT 8,780.72 CHK DATE 06/15/07 | |
| | 06/22 | Fedwire Debit | $8,780.72 |
| | 06/22 | Online Transfer To XXXXXXX5265 | $230,000.00 |
| | 06/25 | Stop Removed STOP REMOVED | |