**EXHIBIT D**

**CHASE ◯**

June 01, 2007 through June 29, 2007
Primary Account: **000000740084702**



## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/11 | Online Transfer From Xxxxx3917 Transaction #:71389000 | 65,000.00 |
| 06/12 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Moussa Loan#=Em070403016 Ref#=125518 Order#=FT125518 Bbi=/Time/16:05 Imad: 0612E6B7011C000245 Trn: 0638907163Ff | 413,764.63 |
| 06/12 | Online Transfer From  Chk Xxxxx4702 Transaction#: 71551958 | 464,000.00 |
| 06/12 | Online Transfer From  Chk Xxxxx4702 Transaction#: 71514216 | 295,589.93 |
| 06/14 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Costa Loan#=Em070120030 Ref#=R71757-R07 Order#=4587-2007 Bbi=/Time/16:14 Imad: 0614E6B7011C000235 Trn: 0600013165Ff | 267,962.57 |
| 06/14 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Garcia Loan#=Em070321087 Ref#=Sgny-5166 Order#=Sgny-5166 Bbi=/Time/15:44 Imad: 0614E6B7011C000205 Trn: 0577508165Ff | 150,556.10 |
| 06/14 | Deposit        2273739 | 105,391.64 |
| 06/18 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Michniewicz Loan#=Em070420074 Ref#=Em070420074 Order#=3050-193656 Bbi=/Time/13:46 Imad: 0618E6B7011C000206 Trn: 0400308169Ff | 143,046.31 |
| 06/18 | Online Transfer From  Chk Xxxxxxx5265 Transaction#: 72549476 | 398,390.00 |
| 06/20 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Boronow Loan#=Em070417088 Ref#=Br29564S Order#=Br29564S Bbi=/Time/12:07 Imad: 0620E6B7011C000148 Trn: 0347308171Ff | 856,591.29 |
| 06/20 | Online Transfer From  Chk Xxxxx4702 Transaction#: 72784768 | 5,500.00 |
| 06/21 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Srbulj Loan#=Em070522091 Ref#=80-1793 Order#=80-00005994 Bbi=/Time/12:54 Imad: 0621E6B7011C000172 Trn: 0319313172Ff | 355,547.34 |
| 06/21 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Stoliarov Loan#=Em070307052 Ref#=Stoliarov Order#=828251 Bbi=/Time/12:54 Imad: 0621E6B7011C000168 Trn: 0325408172Ff | 88,616.26 |
| 06/22 | Deposit        113 | 100.00 |
| 06/22 | Online Transfer From  Chk Xxxxxxx5265 Transaction#: 73170693 | 346,000.00 |
| 06/22 | Online Transfer From  Chk Xxxxxxx5265 Transaction#: 73160367 | 116,000.00 |
| 06/22 | Online Transfer From  Chk Xxxxx4702 Transaction#: 73095331 | 21,000.00 |
| 06/25 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Tynan Loan#=Em070326084 Ref#=Tynan Order#=At07-9084W Bbi=/Time/15:02 Imad: 0625E6B7011C000261 Trn: 0564413176Ff | 401,000.00 |
| 06/25 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Tynan Loan#=Em070326078 Ref#=Tynan Order#=At07-9084W Bbi=/Time/15:02 Imad: 0625E6B7011C000260 Trn: 0572507176Ff | 392,119.65 |

**CHASE** 

June 01, 2007 through June 29, 2007
Primary Account: **000000740084702**

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/25 | Online Transfer From  Chk Xxxxxxx5265 Transaction#: 73531580 | 18,340.35 |
| 06/25 | Online Transfer From  Chk Xxxxxxx5265 Transaction#: 73423347 | 5,000.00 |
| 06/26 | Fed Wire Credit Via: Indymac Bank.F.S.B./322270288 B/O: Mortgage Bank Funding Account Pasadena, CA 91101 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Indymac Bk F Obi=Order # Cedric Holder Bbi=/Imad: 0626L1Lfb39C001461 Tm: 0630314177FI | 562,657.58 |
| 06/26 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Zebedee Loan#=Em070516012 Ref#=Zebedee Order#=Zebedee Bbi=/Time/12:34 Imad: 0626E6B7011C000144 Tm: 0282603177FI | 147,218.29 |
| 06/26 | Online Transfer From  Chk Xxxxxxx5265 Transaction#: 73582146 | 40,000.00 |
| 06/27 | Online Transfer From  Chk Xxxxxxx3065 Transaction#: 73788996 | 407,000.00 |
| 06/27 | Online Transfer From  Chk Xxxx4702 Transaction#: 73835262 | 146,000.00 |
| 06/27 | Online Transfer From  Chk Xxxxxxx3065 Transaction#: 73737759 | 40,000.00 |
| 06/27 | Online Transfer From  Chk Xxxxxxx3065 Transaction#: 73767663 | 35,000.00 |
| 06/27 | Online Transfer From Xxxxx3917 Transaction #:73880742 | 21,345.56 |
| 06/29 | Fed Wire Credit Via: Lasalle Bank Midwest N.A./072000805 B/O: Aamg Originations Funding Troy MI 48084 3323 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=2337674380 Obi=If Loan ID 656325310 Emmanuel Ochimad: 0629G1B7781C005650 Tm: 0502902180FI | 347,249.74 |
| 06/29 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Buonato Loan#=2005400057 User=Vmanno Bbi=/Time/11:03 Imad: 0629E6B7011C000124 Tm: 0327702180FI | 215,855.49 |
| 06/29 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Keenan Loan#=Em070507134 Ref#=Keenan Order#=FTI C-21225 Bbi=/Time/15:25 Imad: 0629E6B7011C000286 Tm: 0859709180FI | 137,967.07 |
| 06/29 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Solyn Loan#=Em070530115 Ref#=M07-0076 Order#=M07-0076 Bbi=/Time/16:54 Imad: 0629E6B7011C000340 Tm: 1070103180FI | 69,550.03 |
| 06/29 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Solyn Loan#=Em070611106 Ref#=M07-0076 Order#=M07-0076 Bbi=/Time/16:54 Imad: 0629E6B7011C000341 Tm: 1036513180FI | 13,275.00 |
| 06/29 | Online Transfer From Xxxxx3917 Transaction #:74203700 | 100,000.00 |
| **Total Deposits and Additions** | | **$8,871,149.45** |