**EXHIBIT E**

Page 1

11:02:30

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

INDYMAC BANK, F.S.B.,

                  Plaintiff,



                                Civil Action No.

        -against-          07 CV 6865(LTS)

NATIONAL SETTLEMENT AGENCY, INC.;

STEVEN M. LEFF; RACHEL M. LEFF;

RICHARD A. LEFF, JOHN DOES 1-100,

                  Defendants.

------------------------------------x

                  August 9, 2007

                  10:45 a.m.


    Deposition of RICHARD A. LEFF, taken by

Plaintiff, pursuant to Agreement, at the offices

of Feldman Weinstein & Smith, LLP, 420 Lexington

Avenue, New York, New York, before William

Visconti, a Shorthand Reporter and Notary Public

within and for the State of New York.

```
 1
 2    A P P E A R A N C E S:
 3        FELDMAN WEINSTEIN & SMITH, LLP
          Attorneys for Plaintiff
 4            420 Lexington Avenue
              New York, New York  10170-0002
 5
      BY:   ERIC WEINSTEIN, ESQ.
 6          YONK HAK KIM, ESQ.
            DAVID J. GALALIS, ESQ.
 7
 8
          MICHAEL L. SOSHNICK, ESQ.
 9        Attorneys for The Witness
              190 Willis Avenue
10            Mineola, New York  11501
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

|  |  |
|---|---|
| | 1                RICHARD A. LEFF |

```
1:37:40   2        A.    No.
1:37:42   3        Q.    Did he?
1:37:42   4        A.    He is in the process of getting a
1:37:46   5   divorce, so I believe she is down in Florida.
1:37:50   6        Q.    The East Hampton house, was that sort
1:37:50   7   of a weekend summer house?
1:37:54   8        A.    They were there mostly in the summer,
1:37:56   9   yes.  She would live out there in the summer.
11:37:58 10        Q.    When they were together they lived in
11:38:04 11   the Trump World Tower apartment?
11:38:06 12        A.    They lived on 82nd Street.  I think
11:38:08 13   they rented an apartment and they were living
11:38:16 14   there for years and he got the Trump World Tower
11:38:18 15   after she left to Florida and he moved in there.
11:38:22 16        Q.    When did she leave for Florida?
11:38:26 17        A.    Approximately six, seven months ago.
11:38:30 18              MR. SOSHNICK:  Off the record.
         19              (Discussion off the record.)
11:38:50 20        Q.    Have you talked with Rachel Leff
11:38:54 21   about the reasons for her moving to Florida?
11:38:54 22        A.    No.
11:38:56 23        Q.    When was the last time that you spoke
11:38:58 24   with her?
11:39:08 25        A.    It had to be over six, seven months
```

```
                        RICHARD A. LEFF
1:39:08   ago.
1:39:12       Q.    Did you speak with Steven Leff about
1:39:14   the reason for Rachel Leff moving to Florida a
1:39:16   few months ago?
          A.    Yes.
1:39:18       Q.    What did he tell you?
1:39:20       A.    That she moved out, just left every
1:39:22   one.
1:39:24       Q.    Did he say it had anything to do with
1:39:24   the business?
1:39:26       A.    No.
1:39:26       Q.    Or business that he was running?
1:39:26       A.    No.
1:39:42       Q.    Does he live with anybody else at
          this time?
1:39:44       A.    His two kids.
1:39:46       Q.    What are their names?
1:39:52       A.    Sammy is 10 and Ryan is 7.
1:39:54       Q.    Sammy and Ryan are boys?
1:39:54       A.    Yes, boys.
1:39:56           MR. WEINSTEIN:  Off the record.
                  (Discussion off the record.)
11:40:06      Q.    Do you have any other siblings
11:40:10  besides Steven Leff?
```

|          |    | RICHARD A. LEFF |
|----------|----|---|
| 2:19:36  | 2  | A.   I don't know. |
| 2:19:36  | 3  | Q.   You don't know? |
| 2:19:36  | 4  | A.   I don't know that. |
| 2:19:38  | 5  | Q.   Did you speak with her about her |
| 2:19:40  | 6  | conversations or meetings with Steven? |
| 12:19:40 | 7  | A.   Never. |
| 12:20:06 | 8  | Q.   So, other than the 15 Annville Court |
| 12:20:12 | 9  | home in East Hampton, do you know whether Steven |
| 12:20:16 | 10 | or Rachel Leff owns other properties? |
| 12:20:18 | 11 | A.   I do show she is living down in |
| 12:20:24 | 12 | Florida right now, I believe in the Adventura |
| 12:20:28 | 13 | area at a place called Ocean Terrace.  I don't |
| 12:20:30 | 14 | know if she owns or rents. |
| 12:20:34 | 15 | Q.   Does Steven own any cars? |
| 12:20:36 | 16 | A.   He has a black suburban. |
| 12:20:38 | 17 | Q.   That he owns or leases? |
| 12:20:46 | 18 | A.   I think he owns and there was a white |
| 12:20:54 | 19 | four door Mercedes AMG which I think Rachel has. |
| 12:20:56 | 20 | Q.   What about a boat? |
| 12:20:58 | 21 | A.   He had two jet skis last year and he |
| 12:21:04 | 22 | sold the jet skis and got a motorcycle. |
| 12:21:06 | 23 | Q.   As far as you know he still has the |
| 12:21:06 | 24 | motorcycle? |
| 12:21:06 | 25 | A.   Yes. |