LAW OFFICE OF
LAWRENCE F. MORRISON
220 EAST 72ND STREET
NEW YORK, NY 10021
212-861-1224
Cellular 347-236-2895

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 3 0 2007
```

**MEMO ENDORSED**

VIA TELECOPIER
212-805-0426

August 30, 2007

Honorable Laura Taylor Swain
United Stated District Court Judge
Southern District of New York
500 Pearl Street, Room 17C
New York, New York 10007

      Re: ABN AMRO Mortgage Group, Inc. v. National Settlement
      Agency, Inc et al Case #07 cv 7657 and Indy Mac Bank F.S.B. v
      National Settlement Agency et al. Case #07 cv 6865.

Dear Judge Swain:

    I am the attorney for Rachel Leff in the two above captioned cases. The court has currently scheduled a conference for both matters for September 4, 2006 at 11:30 a.m. Counsel for both Plaintiffs has consented to a short adjournment to September 10, 2007 at 3:30 subject to the TRI remaining in effect. Ms. Leff needs additional time to review the bank records provided by Plaintiff in this matter.

    I respectfully request that the court grant a short adjournment to September 10, 2007 at 3:30 p.m.

*The request is granted.*

SO ORDERED.

Respectfully requested,

Lawrence F. Morrison

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
8/30/07

CC: Omar Shakoor, Esq. attorney for ABN AMRO Mortgage Group, Inc via telecopier
Eric Weinstein, Esq. attorney for Indy Mac bank via telecopier
Michael Soshnick, Esq. attorney for Steven and Richard Leff via electronic mail