USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 3 1 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDYMAC BANK, F.S.B.,

    Plaintiff,

– against –

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; JOHN DOES 1–100,

    Defendants.

Case No.: 07 cv 6865 (LTS)

STIPULATION CONCERNING
EXTENSTION OF THE TRO
AGAINST RACHEL LEFF

**IT IS HEREBY STIPULATED AND AGREED** between the undersigned attorneys that WHEREAS:

1. On August 7, 2007, the Honorable Kimba M. Wood ordered that the property located at 15 Anvil Court, East Hampton, NY 11937 not be transferred until further order of the court;

2. On August 16, 2007 the Honorable Kimba M. Wood entered an order to show cause with temporary restraints against the assets of Rachel Leff, requiring Rachel Leff to show cause before the Honorable Laura T. Swain on August 21, 2007 why an order of attachment should not be entered against the assets of Rachel Leff;

3. On August 21, 2007, counsel for IndyMac Bank, Rachel Leff, Steven Leff, and Richard Leff appeared before the Honorable Laura T. Swain for a hearing on IndyMac Bank's motion for an order of attachment against the assets of Rachel Leff;

4. On August 21, 2007, the temporary restraining order against the assets of Rachel Leff and the hearing on the application for an attachment were extended and adjourned to September 4, 2007;

5. By separate consent, confirmation of which has been faxed to the chambers of the Honorable Laura T. Swain, the hearing on the application for an attachment against the assets of Rachel Leff has now been adjourned to September 10, 2007 at 3:30 p.m.

NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:

6. The temporary restraining order against Rachel Leff's assets shall be continued through September 10, 2007.

7. Facsimile signatures shall be deemed original.

Dated: New York, New York

8/30/2007

SO ORDERED: _____
United States District Judge
**LAURA TAYLOR SWAIN U.S.D.J.**

FELDMAN WEINSTEIN & SMITH LLP
Attorneys for IndyMac Bank, F.S.B.

By: _____
Eric Weinstein (EW 5423)
David J. Galalis (DG 1654)
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000

LAWRENCE F. MORRISON
Attorney for Rachel Leff

By: _____
Lawrence F. Morrison
220 East 72nd Street, 25th Fl.
New York, NY 10021
(212) 861-1224