UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| INDYMAC BANK, F.S.B., | Case No.: 07 cv 6865 (LTS) |
| Plaintiff, | |
| – against – | |
| NATIONAL SETTLEMENT AGENCY, INC.; STEVEN M. LEFF; RACHEL M. LEFF; RICHARD A. LEFF; JOHN DOES 1–100, | **AFFIDAVIT OF SERVICE** |
| Defendants. | |

---

State of New York    )
                     ) ss.:
County of New York   )

      David J. Galalis, pursuant to 28 U.S.C. § 1746, declares and states under penalty of perjury as follows:

      1.    I am not a party to this action. I am over 18 years of age. I reside in Brooklyn, New York.

      2.    On September 7, 2007, pursuant to Fed. R. Civ. P. 5, I served the within Initial Conference Order upon the defendants to this action, at the addresses below designated for that purpose, by causing true copies of the same to be mailed via United States First Class Mail.

Dated: New York, New York
       September 7, 2007

                                                David J. Galalis

**Attorney for Richard Leff and Steven Leff**
Michael L. Soshnick
190 Willis Avenue, Ste 112
Mineola, NY 11501

**Attorney for Rachel Leff**
Larry Morrison
220 East 72nd Street, 25th Fl.
New York, NY 10021