UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDYMAC BANK, F.S.B., :

                Plaintiff, : Case No.: 07 cv 6865

:

– against – :

: **AFFIDAVIT OF SERVICE**

NATIONAL SETTLEMENT AGENCY, INC.; :
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; JOHN DOES 1–100, :

                Defendants. :

:

---

State of New York  )
                      ) ss.:
County of New York )

I, Nelson Berrios, affirm the following under the pains and penalties of perjury:
1.    I am not a party to this action. I am over 18 years of age. I reside in Queens, New York.

2.    That on August 8, 2007 at _4:16 pm_ at

Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, NY 10017

I served the within true copy of the **SUMMONS AND COMPLAINT, RULE 7.1 STATEMENT, THIRD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, INDIVIDUAL RULES OF THE HONORABLE LAURA T. SWAIN, INDIVIDUAL RULES OF MAGISTRATE JUDGE ANDREW J. PECK, PROCEDURES FOR ELECTRONIC CASE FILING, and GUIDELINES FOR ELECTRONIC CASE FILING** upon **Steven M. Leff**, through Larry Krantz, as authorized agent for Steven M. Leff, a defendant named therein, by delivering thereat a true copy of each to Larry Krantz personally.

That the above named individual to whom I delivered the Order to Show Cause is described as:

| Sex | Skin Color | Hair Color | Age (approx) | Height (approx) | Weight (approx) |
|---|---|---|---|---|---|
| M | white | black | 43 | 5'7" | 150 lbs |

Dated: New York, New York
       August 8, 2007

                                  _Nelson Berrios_
                                    Nelson Berrios

Sworn to before me this _8th_ day of August
2007 at New York, New York
Notary Public _____

PETER B. COHEN
Notary Public, State of New York
No. 02CO4792550
Qualified in Westchester County