UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INDYMAC BANK, F.S.B.,

        Plaintiffs,

-against-

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF; RICHARD
A. LEFF; JOHN DOES 1-100,

        Defendants.

------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07-CV-6865 (LTS)

To the Clerk of the Court and all parties of record:

    Enter my appearance in this case for Defendant, RICHARD A. LEFF.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       September 11, 2007

                                     Jonathan B. Bruno
                                     Michael Neri
                                     Kaufman Borgeest & Ryan LLP
                                     99 Park Avenue, 19th Floor
                                     New York, New York 10016
                                     Telephone No.: (212) 980-9600
                                     Facsimile: (212) 980-9261
                                     jbruno@kbrlaw.com

633560

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance was served via First Class U.S. Mail on the 11th day of September 2007 upon:

Eric Weinstein, Esq.
David J. Galalis, Esq.
Feldman Weinstein & Smith LLP
420 Lexington Avenue, Suite 2620
New York, NY 10170
(212) 869-7000

Lawrence F. Morrison, Esq.
220 East 72nd Street, 25th Floor
New York, NY 10021
(212) 861-1224

Michael L. Soshnick, Esq.
190 Willis Avenue, Suite 112
Mineola, NY 11501
(516) 294-1111

_____
Jonathan B. Bruno

633560