UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDYMAC BANK, F.S.B.,

        Plaintiff,

-against-

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF,
RICHARD A. LEFF, JOHN DOES 1-100,

        Defendants.

Case No. 07 CIV 6865 (LTS)

### AFFIDAVIT OF RACHEL LEFF

STATE OF FLORIDA    )
                            ) ss.:
COUNTY OF              )

Rachel Leff, being duly sworn, deposes and says:

1. I am a defendant in above-captioned proceeding.

2. I state that to the best of my knowledge and recollection I currently own or maintain the following bank accounts, investment accounts, investments, commercial paper, real property, motor vehicle, watercraft or other personal property with a value in excess of $10,000:

    a) Account number 063113772:8601655370 at Mercantile bank in Aventura Florida with a balance of $3,479.00

    b) I own a home at 15 Anvil Court East Hampton NY with an appraised value of 1,525,000.00. To the best of my knowledge as of March 26, 2007, there was a Chase home Equity Line Acct #00449219176923 in the sum of $249,673.00 and a 30 year conventional mortgage held by Option One mortgage (Acct No 0021244686) with a balance of $1,190,671.00.

c) I own a 2006 CLS55 Mercedes with an estimated value of between $58,000 to $60,000.00. There is a bank loan in the sum of $23,721.12 outstanding at this time.

_____
Rachel Leff

Sworn to before me this 03 day of October, 2007

_____
Notary Public

My Commission expires: 6/6/11

NOTARY PUBLIC-STATE OF FLORIDA
Connie L. Mayer
Commission # DD682658
Expires: JUNE 06, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

State of Florida County of BROWARD
The foregoing instrument was acknowledged before me this 03 day of OCTOBER, 2007 by RACHEL LEFF who is personally known to me or who has produced NY DL S11-008-70-4 as identification.

_____, Notary Public

2