UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
INDYMAC BANK, F.S.B.,

                 Plaintiff,                            Case No. 07-CIV-6865 (LTS)

   -against-

NATIONAL SETTLEMENT AGENCY, INC.; STEVEN          ANSWER
M. LEFF, RACHEL M. LEFF; RICHARD A. LEFF; and
JOHN DOES 1-100

                Defendants.
-------------------------------------------------------------------- x

        Defendant, RICHARD A. LEFF (hereinafter referred to as "Defendant"), by and through his attorneys, KAUFMAN BORGEEST & RYAN LLP, responds to the allegations made against him in the Plaintiff's Complaint as follows:

## PARTIES

        1.     The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "1" of the Plaintiff's Complaint.

        2.     The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "2" of the Plaintiff's Complaint.

        3.     The Defendant admits that Steven M. Leff was the president of NSA, but denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "3" of the Plaintiff's Complaint.

        4.     The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "4" of the Plaintiff's Complaint.

        5.     The Defendant admits to the allegations contained in paragraph "5" of the Plaintiff's Complaint.

642598

## JURISDICTION AND VENUE

6. The Defendant denies the allegations contained in paragraph "6" of the Plaintiff's Complaint and respectfully refers all questions of law to the Court for judicial determination.

7. The Defendant denies the allegations contained in paragraph "7" of the Plaintiff's Complaint and respectfully refers all questions of law to the Court for judicial determination.

## FACTUAL ALLEGATIONS

8. The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "8" of the Plaintiff's Complaint.

9. The Defendant denies he was IndyMac's closing agent and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "9" of the Plaintiff's Complaint.

10. The Defendant denies he was IndyMac's closing agent, denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "10" of the Plaintiff's Complaint, and respectfully refers all questions of law to the Court for judicial determination.

11. The Defendant denies the allegations contained in paragraph "11" of the Plaintiff's Complaint.

The Holder of Mortgage #1 (Loan No. 126888382)

12. The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "12" of the Plaintiff's Complaint.

13. The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "13" of the Plaintiff's Complaint.

14. The Defendant denies the allegations contained in paragraph "14" of the Plaintiff's Complaint.

15. The Defendant denies receiving any instruction from Plaintiff and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "15" of the Plaintiff's Complaint.

16. The Defendant denies drawing checks or being required to draw checks and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "16" of the Plaintiff's Complaint.

17. The Defendant denies the allegations contained in paragraph "17" of the Plaintiff's Complaint.

The Holder of Mortgage #2 (Loan No. 126852120)

18. The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "18" of the Plaintiff's Complaint.

19. The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "19" of the Plaintiff's Complaint.

20. The Defendant denies the allegations contained in paragraph "20" of the Plaintiff's Complaint.

21. The Defendant denies receiving any instruction from Plaintiff and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "21" of the Plaintiff's Complaint.

22. The Defendant denies drawing checks or being required to draw checks and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "22" of the Plaintiff's Complaint.

23. The Defendant denies the allegations contained in paragraph "23" of the Plaintiff's Complaint.

The Packard Mortgage (Loan No. 126712948)

24. The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "24" of the Plaintiff's Complaint.

25. The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "25" of the Plaintiff's Complaint.

26. The Defendant denies the allegations contained in paragraph "26" of the Plaintiff's Complaint.

27. The Defendant denies receiving any instruction from Plaintiff and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "27" of the Plaintiff's Complaint.

28. The Defendant denies drawing checks or being required to draw checks and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "28" of the Plaintiff's Complaint.

29. The Defendant denies the allegations contained in paragraph "29" of the Plaintiff's Complaint.

The Penny Mortgage (Loan No. 126383851)

30. The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "30" of the Plaintiff's Complaint.

31. The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "31" of the Plaintiff's Complaint.

32. The Defendant denies the allegations contained in paragraph "32" of the Plaintiff's Complaint.

33. The Defendant denies receiving any instructions from Plaintiff and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "33" of the Plaintiff's Complaint.

34. The Defendant denies drawing checks or being required to draw checks and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "34" of the Plaintiff's Complaint.

35. The Defendant denies the allegations contained in paragraph "35" of the Plaintiff's Complaint.

The Scali Mortgages (Loan No. 126738313)

36. The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "36" of the Plaintiff's Complaint.

37. The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "37" of the Plaintiff's Complaint.

38. The Defendant denies the allegations contained in paragraph "38" of the Plaintiff's Complaint.

39. The Defendant denies receiving any instructions from Plaintiff and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "39" of the Plaintiff's Complaint.

40. The Defendant denies drawing checks or being required to draw checks and denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph "40" of the Plaintiff's Complaint.

41. The Defendant denies the allegations contained in paragraph "41" of the Plaintiff's Complaint.

## FIRST PURPORTED CLAIM FOR RELIEF
### (Breach of Contract)

42. The Defendant repeats, reiterates and realleges each and every response to the allegation in the Plaintiff's Complaint, as if each were set forth verbatim herein.

43. The Defendant denies the allegations contained in paragraph "43" of the Plaintiff's Complaint.

44. The Defendant denies the allegations contained in paragraph "44" of the Plaintiff's Complaint.

45. The Defendant denies the allegations contained in paragraph "45" of the Plaintiff's Complaint.

46. The Defendant denies the allegations contained in paragraph "46" of the Plaintiff's Complaint.

## SECOND PURPORTED CLAIM FOR RELIEF
### (Conversion)

47. The Defendant repeats, reiterates and realleges each and every response to the allegation in the Plaintiff's Complaint, as if each were set forth verbatim herein.

48. The Defendant denies the allegations contained in paragraph "48" of the Plaintiff's Complaint.

49. The Defendant denies the allegations contained in paragraph "49 of the Plaintiff's Complaint.

50. The Defendant denies the allegations contained in paragraph "50" of the Plaintiff's Complaint.

51.     The Defendant denies the allegations contained in paragraph "51 of the Plaintiff's Complaint.

### THIRD PURPORTED CLAIM FOR RELIEF
### (Fraud)

52.     The Defendant repeats, reiterates and realleges each and every response to the allegation in the Plaintiff's Complaint, as if each were set forth verbatim herein.

53.     The Defendant denies the allegations contained in paragraph "53 of the Plaintiff's Complaint.

54.     The Defendant denies the allegations contained in paragraph "54" of the Plaintiff's Complaint.

55.     The Defendant denies the allegations contained in paragraph "55" of the Plaintiff's Complaint.

56.     The Defendant denies the allegations contained in paragraph "56" of the Plaintiff's Complaint.

57.     The Defendant denies the allegations contained in paragraph "57" of the Plaintiff's Complaint.

### FOURTH PURPORTED CLAIM FOR RELIEF
### (Breach of Fiduciary Duty)

58.     The Defendant repeats, reiterates and realleges each and every response to the allegation in the Plaintiff's Complaint, as if each were set forth verbatim herein.

59.     The Defendant denies the allegations contained in paragraph "59" of the Plaintiff's Complaint and respectfully refers all questions of law to the Court for judicial determination.

60. The Defendant denies the allegations contained in paragraph "60" of the Plaintiff's Complaint.

61. The Defendant denies the allegations contained in paragraph "61" of the Plaintiff's Complaint.

62. The Defendant denies the allegations contained in paragraph "62" of the Plaintiff's Complaint.

63. The Defendant denies the allegations contained in paragraph "63" of the Plaintiff's Complaint.

64. The Defendant denies the allegations contained in paragraph "64" of the Plaintiff's Complaint.

### FIFTH PURPORTED CLAIM FOR RELIEF
(Negligence)

65. The Defendant repeats, reiterates and realleges each and every response to the allegation in the Plaintiff's Complaint, as if each were set forth verbatim herein.

66. The Defendant denies the allegations contained in paragraph "66" of the Plaintiff's Complaint and respectfully refers all questions of law to the Court for judicial determination.

67. The Defendant denies the allegations contained in paragraph "67" of the Plaintiff's Complaint.

68. The Defendant denies the allegations contained in paragraph "68" of the Plaintiff's Complaint.

## SIXTH PURPORTED CLAIM FOR RELIEF
(Unjust Enrichment.)

69. The Defendant repeats, reiterates and realleges each and every response to the allegation in the Plaintiff's Complaint, as if each were set forth verbatim herein.

70. The Defendant denies the allegations contained in paragraph "70" of the Plaintiff's Complaint.

71. The Defendant denies the allegations contained in paragraph "71" of the Plaintiff's Complaint.

72. The Defendant denies the allegations contained in paragraph "72" of the Plaintiff's Complaint.

73. The Defendant denies the allegations contained in paragraph "73" of the Plaintiff's Complaint.

## EIGHTH PURPORTED CLAIM FOR RELIEF
(Money Had and Received Against all Defendants)

74. The Defendant repeats, reiterates and realleges each and every response to the allegation in the Plaintiff's Complaint, as if each were set forth more fully at length verbatim herein.

75. The Defendant denies the allegations contained in paragraph "75" of the Plaintiff's Complaint.

76. The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "76" of the Plaintiff's Complaint and respectfully refers all questions of law to the Court for judicial determination.

77. The Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "77" of the Plaintiff's Complaint and respectfully refers all questions of law to the Court for judicial determination.

78. The Defendant denies he is or ever was in possession, custody or control of Plaintiff's money and therefore denies the allegations contained in paragraph "78" of the Plaintiff's Complaint.

79. The Defendant denies the allegations contained in paragraph "79" of the Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

The Plaintiff's Complaint fails to state a cause of action for which relief may be granted against the Defendant and should be dismissed.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

The Defendant exercised due care and diligence in all matters alleged in the Plaintiff's Complaint.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Any damages to the Plaintiffs are the result of the acts or omissions of third persons or entities over which the Defendant exercised no direction or control.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

The Plaintiff's purported breach of contract claim must be dismissed pursuant to the Statute of Frauds.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

The Defendant was not the proximate cause of the Plaintiff's alleged damages.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

The Plaintiff's Complaint fails to comport with Rule 9(b) and should be dismissed.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

The Plaintiff's Complaint fails to establish actionable damages resulting from the Defendant's alleged acts/omissions.

### AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

The Plaintiff's Complaint fails to establish that the Defendant's conduct fell below the applicable standard of care.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

The Plaintiff's Complaint fails to join persons needed for just adjudication.

**WHEREFORE**, Defendant Richard Leff hereby demands judgment dismissing the Plaintiff's Complaint in its entirety, together with the costs and disbursements of this action, including attorneys' fees and for such other, further and different relief as this court may deem just and proper.

Dated: New York, New York
       October 29, 2007

                                    Respectfully Submitted,

                                    KAUFMAN BORGEEST & RYAN LLP

                                    By: _____
                                        Jonathan B. Bruno
                                        Michael Neri
                                    Attorneys for Defendant,
                                    Richard Leff
                                    99 Park Avenue, 19th Floor
                                    New York, New York 10016
                                    Telephone No.: (212) 980-9600
                                    Facsimile: (212) 980-9261
                                    E-mail: jbruno@kbrlaw.com
                                    KBR File No. 209.251

638110

## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: ANSWER was served via first class mail on the 29th day of October 2007 upon:

Eric Weinstein, Esq.
David J. Galalis, Esq.
Feldman Weinstein & Smith LLP
420 Lexington Avenue, Suite 2620
New York, NY 10170
(212) 869-7000

Lawrence F. Morrison, Esq.
220 East 72nd Street, 25th Floor
New York, NY 10021
(212) 861-1224

Michael L. Soshnick, Esq.
190 Willis Avenue, Suite 112
Mineola, NY 11501
(516) 294-1111

_____
JONATHAN B. BRUNO (JB 6163)