$SWAIN, S$

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  NOV 1 9 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDYMAC BANK, F.S.B.,

                           Plaintiff,

  – against –

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; JOHN DOES 1–100,

                        Defendants.

Case No.: 07 cv 6865 (LTS)

**ORDER TO SHOW CAUSE TO
COMPEL JPMORGAN CHASE
BANK, N.A. TO DELIVER TO THE
U.S. MARSHAL THE ATTACHED
FUNDS OF STEVEN M. LEFF AND
NATIONAL SETTLEMENT
AGENCY**

**(Fed. R. Civ. P. 64 and NY C.P.L.R.
6214(d))**

Upon the pleadings and papers filed in this action, and the attached declaration of David

J. Galalis, sworn to on November 19, 2007, it is hereby:

      **ORDERED THAT**, garnishee JPMorgan Chase Bank, N.A. show cause before this

Court at Room ___17 C___, United States Courthouse 500 Pearl Street, New York, NY 10007 on

the _6th_ day of _December_ at _10:00_ (a.m.)/p.m., or as soon thereafter as counsel can

be heard, why an order should not be entered, pursuant to Fed. R. Civ. P. 64 and NY C.P.L.R.

6214(d), compelling JPMorgan Chase Bank, N.A. to deliver to the U.S. Marshal all funds held

by it in the names of defendants Steven M. Leff and National Settlement Agency that were

levied upon by way of Order of Attachment on or about August 20, 2007, and it is further

      **ORDERED** that a copy of this Order to Show Cause and the papers upon which it is

based shall be served upon all counsel to this action, the U.S. Marshal for the Southern District

of New York, and J.P. Morgan Chase Bank, N.A. (at 1 Chase Manhattan Plaza, New York, NY

10005) by hand or overnight delivery, so that the papers are received on or before

_November 21, 2007_ ; and it is further

*[handwritten margin note:]* or, in the alternative, deliver a sworn letter denominating the funds held and stating that Chase is holding the funds as agent of the U.S. Marshal pursuant to Indymac's Order of Attachment

*and filed with the Court, with a courtesy copy provided for chambers*

**ORDERED** that any opposition papers be served upon counsel for the plaintiff by overnight delivery within *no fewer than eight (8)* ~~sixty~~ days ~~of~~ *before* the return date on this Order to Show

Cause and that any reply papers be served upon counsel to the defendants, the U.S. Marshal, and *and filed with the Court, with a courtesy copy for chambers* J.P. Morgan Chase Bank, N.A. by overnight delivery, within ~~one day of~~ the return date on this *(no fewer that two days before)*

Order to Show Cause.

SO ORDERED: _____     DATED: 11/19/07

Laura Taylor Swain
United States District Judge

**FELDMAN WEINSTEIN & SMITH LLP**
Attorneys for ~~Plaintiff IndyMac~~ Bank, F.S.B.

By: _____
Eric Weinstein (EW 5423)
David J. Galalis (DG 1654)
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000