UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

INDYMAC BANK, F.S.B.,

        Plaintiff,

-v-                                        No. 07 Civ. 6865 (LTS)(GWG)

NATIONAL SETTLEMENT AGENCY, INC.
et al.,

        Defendants.                      ORDER

------------------------------------------------------------x

        This matter having been commenced by the filing of a Complaint on July 31, 2007, and the Defendants National Settlement Agency, Inc. and Steven Leff having failed to interpose a timely answer to the Complaint or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment, it is hereby

        ORDERED, that the plaintiff may make a motion for a default judgment as against Defendants National Settlement Agency, Inc. and Steven Leff; and it is further

        ORDERED, that such motion for default judgment shall be served on the defendants and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

        ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

        ORDERED, that plaintiff shall serve a copy of this Order on defendants and file proof of such service within ten (10) days from the date hereof.

Dated: New York, New York
       November 20, 2007

                                                         LAURA TAYLOR SWAIN
                                                         United States District Judge

DEFPROVE.FRM