UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| INDYMAC BANK, F.S.B., | : | Case No.: 07 cv 6865 (LTS) |
| Plaintiff, | : | |
| | : | |
| – against – | : | **DECLARATION OF DAVID J.** |
| | : | **GALALIS IN SUPPORT OF** |
| | | **INDYMAC'S ORDER TO SHOW** |
| NATIONAL SETTLEMENT AGENCY, INC.; | : | **CAUSE TO COMPEL JP MORGAN** |
| STEVEN M. LEFF; RACHEL M. LEFF; | | **CHASE BANK, N.A. TO DELIVER** |
| RICHARD A. LEFF; JOHN DOES 1–100, | : | **TO THE U.S. MARSHAL THE** |
| | | **ATTACHED FUNDS OF STEVEN** |
| Defendants. | : | **M. LEFF AND NATIONAL** |
| | | **SETTLEMENT AGENCY** |
| | : | |

David J. Galalis, pursuant to 28 U.S.C. § 1746, declares and states under penalty of perjury as follows:

1.      I am an associate with Feldman Weinstein & Smith LLP, attorneys to plaintiff IndyMac Bank, F.S.B. ("IndyMac"). I submit this declaration in support of IndyMac's Order to Show Cause seeking to compel garnishee JPMorgan Chase Bank, N.A. ("Chase") to pay-over to the U.S. Marshal the funds currently in its accounts belonging to defendants Steven M. Leff and National Settlement Agency that were levied upon by way of Order of Attachment on or about August 20, 2007.

2.      On August 16, 2007 an Order of Attachment against all the assets belonging to defendants Steven M. Leff and National Settlement Agency, up to $2,349,150.00, was entered by this court. **Exhibit A.**

3.      On August 20, 2007, this Order of Attachment was levied upon Chase by the U.S. Marshal. **Exhibit B.**

4.      On or about August 28, 2007, Feldman Weinstein & Smith LLP received a letter from Chase mistakenly acknowledging receipt of a "Maritime Order" in reference to this action and stating that no bank accounts belonging to Steven Leff or National Settlement Agency could be attached. **Exhibit C.**

5.      On November 16, 2007, I called the number for Chase's Orders and Levies department ((225) 332-7250) and spoke with a woman who identified herself only as "D'Angela." I requested a letter clarifying Chase's receipt of the Order of Attachment and a listing of what bank accounts (with present balances) belonging to Steven Leff and National Settlement Agency had been attached.

6.      On November 16, 2007, in response to this phone call, I received a faxed letter from Eric M. Newman listing several unidentified accounts containing balances of varying amounts. This letter, however, only referenced IndyMac's previously served Temporary Restraining Order, and not its Order of Attachment. **Exhibit D.**

7.      On November 16, 2007, I therefore again called (225) 332-7250 and spoke with Mr. Newman. I asked him to send an amended letter acknowledging Chase's receipt of IndyMac's Order of Attachment.

8.      On November 16, 2007, in response to this phone call, I received a faxed letter from Mr. Newman acknowledging that the amounts listed in the earlier letter of November 16, 2007 were being held pursuant to IndyMac's Order of Attachment. **Exhibit E.**

9.      Of the accounts listed in Exhibit D, only one is known, upon information and belief, to belong to Steven Leff. This is account number 91361821265, which is identified by Chase as containing a present balance of $156,357.42.

10.     Two other accounts listed in Exhibit D, upon information and belief, do not belong to Steven Leff or National Settlement Agency, and therefore should not have been attached pursuant to IndyMac's Order of Attachment.   These are account numbers 91129755265 (belonging to Rachel Leff) and 987078707465 (belonging to Richard Leff).

11.     The three other accounts listed in Exhibit D cannot be identified.

12.     Fed. R. Civ. P. 64 states that:

> [A]ll remedies providing for seizure of person or property for the purpose of securing satisfaction of the judgment ultimately to be entered in the action are available under the circumstances and in the manner provided by the law of the state in which the district court is held, existing at the time the remedy is sought . . . .

13.     NY C.P.L.R. 6214(d) states that:

> Where property or debts have been levied upon by service of an order of attachment, the plaintiff may commence a special proceeding against the garnishee served with the order to compel the payment, delivery or transfer to the sheriff of such property or debts, or to secure a judgment against the garnishee.  Notice of petition shall also be served upon the parties to the action and the sheriff.  A garnishee may interpose any defense or counterclaim which he might have interposed against the defendant if sued by him.  The court may permit any adverse claimant to intervene in the proceeding and may determine his rights in accordance with section 6221.

14.     NY C.P.L.R. 6214(e) states that:

> At the expiration of ninety days after a levy is made by service of the order of attachment, or of such further time as the court, upon motion of the plaintiff on notice to the parties to the action, has provided, the levy shall be void except as to property or debts which the sheriff has taken into his actual custody, collected or received or as to which a proceeding under subdivision (d) has been commenced.

15.     November 19, 2007 is the expiration of ninety days after the August 20, 2007 levy of IndyMac's Order of Attachment upon Chase.

16.    New York courts have held that the garnishee's service of a paper upon the sheriff (or U.S. Marshal, as the case may be), stating that the garnishee agrees to hold the property as the equivalent of the sheriff's agent, satisfies the "perfection" requirement of C.P.L.R. 6214(e). *See, e.g., Kalman v. Neuman*, 80 A.D.2d 116, 128–129, 438 N.Y.S.2d 109, 117 (2d Dep't 1981).

17.    IndyMac thereby respectfully requests that this court order Chase to either deliver to the U.S. Marshal all funds held by it in the name of defendants Steven M. Leff and National Settlement Agency, or to serve upon the plaintiff and U.S. Marshal a sworn letter denominating the open accounts held by Steven M. Leff and National Settlement Agency and the amounts contained therein, along with a statement that said amounts are being held by Chase as the U.S. Marshal's agent pursuant to IndyMac's Order of Attachment.

18.    No previous request for this relief has been made.

Dated: New York, New York
       November 19, 2007

FELDMAN WEINSTEIN & SMITH LLP
Attorneys for IndyMac Bank, F.S.B.

By:    _____
       Eric Weinstein (EW 5423)
       David J. Galalis (DG 1654)
       420 Lexington Avenue, Ste. 2620
       New York, NY 10170
       (212) 869-7000

4

# EXHIBIT A

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:                       │
│ DATE FILED: 8/16/07          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

INDYMAC BANK, F.S.B.,

            Plaintiff,

  – against –

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; JOHN DOES 1–100,

            Defendants.

————————————————————————————

Case No.: 07 cv 6865 (LTS)

**ORDER OF ATTACHMENT,
PRELIMINARY INJUNCTION,
AND ORDER ALLOWING
EXPEDITED DISCOVERY**

**AS AGAINST STEVEN M. LEFF
AND NATIONAL SETTLEMENT
AGENCY, INC.**

    **UPON** plaintiff IndyMac Bank, F.S.B.'s Orders to Show Cause dated August 6 and 8, 2007, the Affidavit of Nicholas J. Nyland sworn to August 1, 2007, the Declaration of David J. Galalis dated August 6, 2007, the Memorandum of Law dated August 6, 2007, and the Declaration of David J. Galalis dated August 7, 2007 and due deliberation being had thereon;

    **AND** plaintiff having filed a Summons and Complaint on July 31, 2007 and the Order to Show Cause having been filed on August 14, 2007 requiring Steven M. Leff and National Settlement Agency, Inc. to show cause why the following orders should not be entered: (1) an order of attachment pursuant to Fed. R. Civ. P. 64 and C.P.L.R. § 6201, (2) a preliminary injunction pursuant to Fed. R. Civ. P. 65; (3) an order allowing continued expedited third-party discovery; and (4) an order allowing expedited discovery against Steven M. Leff and National Settlement Agency, Inc.;

    **AND** plaintiff having filed an undertaking in the sum of $10,000 pursuant to the Order to Show Cause dated August 6, 2007;

**AND** Steven M. Leff and National Settlement Agency, Inc. having been served through Larry H. Krantz, Esq., Krantz & Berman, 747 Third Avenue, 32nd Floor, New York, NY 10017 on August 8, 2007 with the Order to Show Cause dated August 8, 2007, directing them to appear before this court on this day;

**AND** the plaintiff having appeared before this Court on August 16, 2007 and Steven M. Leff having appeared by Michael Sochnick, and National Settlement Agency, Inc. having failed to appear;

**AND** the Court having determined, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. §§ 6201(3) and 6212 that: (a) plaintiff has causes of action whereby it has demanded and would be entitled to a money judgment against Steven M. Leff and National Settlement Agency, Inc. in the amount of $2,349,150.00, plus interest, costs, and disbursements, (b) it is probable that the plaintiff will succeed on the merits of its claims against Steven M. Leff and National Settlement Agency, Inc., (c) Steven M. Leff and National Settlement Agency, Inc. with intent to defraud the plaintiff or frustrate the enforcement of a judgment that might be rendered in the plaintiff's favor, have assigned, disposed of, and secreted property, and are about to continue such acts, and (d) the amount demanded from Steven M. Leff and National Settlement Agency, Inc. exceeds all counterclaims known to the plaintiff;

**IT IS HEREBY ORDERED THAT** the amount to be secured by this Order of Attachment shall be $2,349,150.00 plus the legal rate of interest thereon from June 13, 2007, costs, and United States Marshals Service's fees and expenses; and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. §§ 6210 & 6211(a), the United States Marshals Service of the Southern District of New York or of any district in the State of New York shall levy, at any time before final judgment, upon the joint or respective

assets of Steven M. Leff and National Settlement Agency, Inc. situated in the State of New York, including but not limited to, any interest of Steven M. Leff or National Settlement Agency, Inc. in personal or real property, any debt owed to Steven M. Leff or National Settlement Agency, Inc., or any investment accounts and investments, including commercial paper, which any third-party (including JP Morgan Chase) keeps in trust or possession for the benefit of National Settlement Agency, Inc., Steven M. Leff, Samuel (Sam or Sammy) Leff, or Ryan Leff, as will satisfy the above-stated amount to be secured by this Order of Attachment; and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. § 6220, on or before August 20, 2007 Steven M. Leff and National Settlement Agency, Inc. shall provide counsel for plaintiff a sworn affidavit enumerating in detail each and every bank account, investment account, investment, commercial paper, parcel of real property, motor vehicle, watercraft, or other personal property of $10,000 of value or more, whether held personally or in trust, and the location and garnishee of each; and it is further

**ORDERED** that, pending the final resolution of this action, or an Order of this Court directing otherwise, Steven M. Leff, acting in his personal capacity or as custodian or trustee, and National Settlement Agency, Inc. and their garnishees, officers, directors, partners, affiliates, agents, employees, assigns, and any entities or individuals acting on their behalf, are restrained and enjoined from directly or indirectly secreting, transferring, selling, alienating, concealing, encumbering, or otherwise dissipating any of Steven M. Leff or National Settlement Agency Inc.'s assets, or paying any debt owed by Steven M. Leff or National Settlement Agency, Inc., up to $2,349,150.00 plus interest, costs, disbursements, and fees, but excluding ordinary and usual living and business expenses; and it is further

**ORDERED** that the plaintiff may immediately begin taking discovery from Steven M. Leff and National Settlement Agency, Inc. and may continue to serve subpoenas upon JP Morgan Chase Bank, and any other third party, for any purpose.

Dated: New York, New York

8 - 16 - 07

SO ORDERED: _Kevin M. Wood_

United States District Judge

PART I

FELDMAN WEINSTEIN & SMITH LLP
Attorneys for Plaintiff IndyMac Bank, F.S.B.

By: _____
Eric Weinstein (EW 5422)
Yong Hak Kim (Of Counsel)
David J. Galalis (DG 1654)
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000

CERTIFIED AS A TRUE COPY ON

THIS DATE _8/16/07_

BY _____
(  ) Clerk
(x) Deputy

4

# EXHIBIT B

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| IndyMac Bank F.S.B. | 07 cv 6865 (LTS) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| National Settlement Agency, Inc., et al. | Order of Attachment |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

All accounts of Steven M. Leff and National Settlement Agency, Inc. et al at J Morgan
see attached list Chase Blvd

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

JP Morgan Chase Bank, 1 Chase Manhattan Plaza, 26th Floor, NY, NY 10005
Attn: Linda Lewis

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW.

David Galalis
Feldman Weinstein + Smith LLP
420 Lexington Ave. Ste 2620
New York, NY 10170

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 0 parties / 1 Garnishee |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please see attached list of known accounts held by Steven M.
Leff and National Settlement Agency, Inc., at JP Morgan Chase
Bank. Please levy upon all accounts held by these
persons at JP Morgan Chase Bank.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 959-7000 / 212 931-8715 | 8/17/07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | P1 | No. 54 | No. 54 | Joan Hanlon | 3/17/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Linda Platone (legal specialist) | |
| Address (complete only if different than shown above) | Date of Service: 8/20/07  Time: 11:55 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy: _____ 3928 |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | .49 | | 45.49 | | | |

REMARKS:

NOTE
07-6865-1 ✓

| PRIOR EDITIONS MAY BE USED | **3. NOTICE OF SERVICE** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

Exhibit 1 to USM-285 Form
**IndyMac Bank, F.S.B. v. National Settlement Agency, Inc., et al. (SDNY 07 cv 6865)**

All accounts in the name of Steven M. Leff (15 Anvil Ct., East Hampton, NY 11937) or National Settlement Agency, Inc. (404 Park Avenue S., 5th Fl., New York, NY 10016 or 575 Madison Avenue, Ste 1006, New York, NY 10022) held at JPMorgan Chase Bank are to be attached, including but not limited to:

1. "National Settlement Agency, Inc., Attorney Escrow Funding Account," Account No. 904613917, ABA No. 021000021.

2. "National Settlement Agency, Inc., Attorney Funding Account – Gen," Account No. 9870967577-65, ABA No. 021000021.

3. "National Settlement Agency, Inc., Lydian Funding (Fundian, [sic]) Account," Account No. 740084702.

4. National Settlement Agency, Inc., account name unknown, Account No. 4585004268-65.

5. National Settlement Agency, Inc., account name unknown, Account No. 9870772630-65.

6. National Settlement Agency, Inc., account name unknown, Account No. 0260904526-65.

7. National Settlement Agency, Inc., account name unknown, Account No. 0260904374-65.

8. National Settlement Agency, Inc., account name unknown, Account No. 0260871648-65.

9. Steven and Rachel Leff joint account, account name unknown, Account No. 0260896319-65.

# EXHIBIT C

# JPMorganChase ⬡

Court Orders and Levies
LA2-9381
451 Florida Street
Baton Rouge, Louisiana 70801

**Via U.S. Mail**
August 28, 2007

**Re: SEE ATTACHED ORDER**

To Whom It May Concern:

JPMorgan Chase Bank, N.A. ("**JPMC**") is in receipt of your Maritime Order for the above referenced case.

JPMC conducted a search of its current systems of the named judgment debtors and at this time there are no bank accounts that can be attached for this Maritime Order. Please allow this letter to serve as JPMC's answer to the Ex Parte Order For Process of Maritime Attachment.

If you should have any questions regarding this matter, please contact the bank at (225) 332- 7250 between the hours of 8:00am – 6:00pm CST.

Very truly yours,

Legal Specialist
Court Orders and Levies

FROM CHASE LEGAL DEPARTMENT                (MON) 8. 20' 07 14:29/ST. 14:26/NO. 4860907719 P  1

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDYMAC BANK, F.S.B., | : Case No.: 07 cv 6865 (LTS) |
| Plaintiff, | : |
| – against – | : |
| | : ORDER OF ATTACHMENT, |
| NATIONAL SETTLEMENT AGENCY, INC.; | : PRELIMINARY INJUNCTION, |
| STEVEN M. LEFF; RACHEL M. LEFF; | : AND ORDER ALLOWING |
| RICHARD A. LEFF; JOHN DOES 1–100, | : EXPEDITED DISCOVERY |
| Defendants. | : AS AGAINST STEVEN M. LEFF |
| | : AND NATIONAL SETTLEMENT |
| | : AGENCY, INC. |

UPON plaintiff IndyMac Bank, F.S.B.'s Orders to Show Cause dated August 6 and 8, 2007, the Affidavit of Nicholas J. Nyland sworn to August 1, 2007, the Declaration of David J. Galalis dated August 6, 2007, the Memorandum of Law dated August 6, 2007, and the Declaration of David J. Galalis dated August 7, 2007 and due deliberation being had thereon;

AND plaintiff having filed a Summons and Complaint on July 31, 2007 and the Order to Show Cause having been filed on August 14, 2007 requiring Steven M. Leff and National Settlement Agency, Inc. to show cause why the following orders should not be entered: (1) an order of attachment pursuant to Fed. R. Civ. P. 64 and C.P.L.R. § 6201, (2) a preliminary injunction pursuant to Fed. R. Civ. P. 65; (3) an order allowing continued expedited third-party discovery; and (4) an order allowing expedited discovery against Steven M. Leff and National Settlement Agency, Inc.;

AND plaintiff having filed an undertaking in the sum of $10,000 pursuant to the Order to Show Cause dated August 6, 2007;

AND Steven M. Leff and National Settlement Agency, Inc. having been served through Larry H. Krantz, Esq., Krantz & Berman, 747 Third Avenue, 32nd Floor, New York, NY 10017 on August 8, 2007 with the Order to Show Cause dated August 8, 2007, directing them to appear before this court on this day;

AND the plaintiff having appeared before this Court on August 16, 2007 and Steven M. Leff having appeared by Michael Sochnick; and National Settlement Agency, Inc. having failed to appear;

AND the Court having determined, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. §§ 6201(3) and 6212 that: (a) plaintiff has causes of action whereby it has demanded and would be entitled to a money judgment against Steven M. Leff and National Settlement Agency, Inc. in the amount of $2,349,150.00, plus interest, costs, and disbursements, (b) it is probable that the plaintiff will succeed on the merits of its claims against Steven M. Leff and National Settlement Agency, Inc., (c) Steven M. Leff and National Settlement Agency, Inc. with intent to defraud the plaintiff or frustrate the enforcement of a judgment that might be rendered in the plaintiff's favor, have assigned, disposed of, and secreted property, and are about to continue such acts, and (d) the amount demanded from Steven M. Leff and National Settlement Agency, Inc. exceeds all counterclaims known to the plaintiff;

IT IS HEREBY ORDERED THAT the amount to be secured by this Order of Attachment shall be $2,349,150.00 plus the legal rate of interest thereon from June 13, 2007, costs, and United States Marshals Service's fees and expenses; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. §§ 6210 & 6211(a), the United States Marshals Service of the Southern District of New York or of any district in the State of New York shall levy, at any time before final judgment, upon the joint or respective

assets of Steven M. Leff and National Settlement Agency, Inc. situated in the State of New York, including but not limited to, any interest of Steven M. Leff or National Settlement Agency, Inc. in personal or real property, any debt owed to Steven M. Leff or National Settlement Agency, Inc., or any investment accounts and investments, including commercial paper, which any third-party (including JP Morgan Chase) keeps in trust or possession for the benefit of National Settlement Agency, Inc., Steven M. Leff, Samuel (Sam or Sammy) Leff, or Ryan Leff, as will satisfy the above-stated amount to be secured by this Order of Attachment; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. § 6220, on or before August 20, 2007 Steven M. Leff and National Settlement Agency, Inc. shall provide counsel for plaintiff a sworn affidavit enumerating in detail each and every bank account, investment account, investment, commercial paper, parcel of real property, motor vehicle, watercraft, or other personal property of $10,000 of value or more, whether held personally or in trust, and the location and garnishee of each; and it is further

ORDERED that, pending the final resolution of this action, or an Order of this Court directing otherwise, Steven M. Leff, acting in his personal capacity or as custodian or trustee, and National Settlement Agency, Inc. and their garnishees, officers, directors, partners, affiliates, agents, employees, assigns, and any entities or individuals acting on their behalf, are restrained and enjoined from directly or indirectly secreting, transferring, selling, alienating, concealing, encumbering, or otherwise dissipating any of Steven M. Leff or National Settlement Agency Inc.'s assets, or paying any debt owed by Steven M. Leff or National Settlement Agency, Inc., up to $2,349,150.00 plus interest, costs, disbursements, and fees, but excluding ordinary and usual living and business expenses; and it is further

FROM CHASE LEGAL DEPARTMENT                    (MON) 8. 20' 07 14:29/ST. 14:26/NO. 4860907719 P  4

ORDERED that the plaintiff may immediately begin taking discovery from Steven M.

Leff and National Settlement Agency, Inc. and may continue to serve subpoenas upon JP

Morgan Chase Bank, and any other third party, for any purpose.

Dated: New York, New York

    8 - 16 - 07                  SO ORDERED: _Kimba M. Wood_
                                            United States District Judge
                                        PART I


        FELDMAN WEINSTEIN & SMITH LLP
        Attorneys for Plaintiff IndyMac Bank, F.S.B.

By: _____
        Eric Weinstein (EW 5422)
        Yong Hak Kim (Of Counsel)
        David J. Galalis (DG 1654)
        420 Lexington Avenue, Ste. 2620
        New York, NY 10170
        (212) 869-7000


                    CERTIFIED AS A TRUE COPY ON

                    THIS DATE  8/16/07

                    BY _____
                        ( ) Clerk
                        (✗) Deputy

4

# EXHIBIT D

AMENDED

**JPMorganChase** 

Court Orders and Levies Department
LA2-9381
451 Florida Street
Baton Rouge, Louisiana 70801

Friday, Nov 16, 2007

FELDMAN WEINSTEIN & SMITH LLP
420 LEXINGTON AVE, SUITE 2620
NEW YORK, NY 10170

Re: **INDYMAC BANK FSB vs NATIONAL SETTLEMENT AGENCY, INC., STEVEN M LEFF, RACHEL M LEFF, RICHARD A LEFF, JOHN DOES, et al.**

CASE No: **07cv6865**

JPMorgan Chase Bank, N.A. ("JPMC") is in receipt of your Temporary Restraining Order for the above referenced case.

JPMC conducted a search of its current systems of the named judgment debtors. The amounts held in each account is listed below:

| Received Date | Account Number | Amount of Hold | Present Balance |
|---|---|---|---|
| Wednesday, Aug 08, 2007 | 91129755265 | $2,349,150.00 | $59.68 |
| Wednesday, Aug 08, 2007 | 91361821265 | $2,349,150.00 | $156,357.42 |
| Wednesday, Aug 08, 2007 | 26090898185 | $2,349,150.00 | $87.92 |
| Wednesday, Aug 08, 2007 | 987078707401 | $2,349,150.00 | $0 |
| Wednesday, Aug 08, 2007 | 987078707402 | $2,349,150.00 | $0.07 |
| Wednesday, Aug 08, 2007 | 987078707465 | $2,349,150.00 | $0 |

If funds not held, provide reasons: _all other deposit accounts are closed_

Please allow this letter to serve as JPMC's answer to the Order.

If you should have any questions regarding this matter, please contact the bank at (225) 332- 7250 between the hours of 8:00am - 6:00pm CST.

Very truly yours,

ERIC M NEWMAN
Legal Processing Specialist
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department

Court Orders and Levies Department
LA2-2808
PO BOX 260164
Baton Rouge, LA 70826-0164
Phone: (225) 332-3168        Fax: (225) 332-7795

**JPMorganChase** ⬡

| **To:** | David Galalis | **From:** | Eric Newman |
|---|---|---|---|
| **Fax:** | 212-997-4242 | **Pages:** | 1 of 2 |
| **Phone:** | | **Date:** | 11/16/07 |
| **Re:** | | **Case:** | 07cv6865 |

☑ **Urgent**    ☑ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

● **Comments:**

Amended answers requested.

## CONFIDENTIALITY NOTE

The information contained in this facsimile message is legally privileged and confidential information, which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or reproduction of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address listed above via the United States Postal Service. Thank you.

# EXHIBIT E

Friday, Nov 16, 2007

FELDMAN WEINSTEIN & SMITH LLP
420 LEXINGTON AVE, SUITE 2620
NEW YORK, NY 10170

The Amended response of JP Morgan Chase Bank, dated November 16, 2007, refers to our "receipt of your
Temporary Restraining Order". This is incorrect. The amount being held is due to our receipt of your Order
of Attachment.

If you should have any questions regarding this matter, please contact the bank at (225) 332-7250 between
the hours of 8:00am – 6:00pm CST.

Very truly yours,

ERIC NEWMAN
Legal Processing Specialist
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department

Court Orders and Levies Department
LA2-2608
PO BOX 260164
Baton Rouge, LA 70826-0164
Phone: (225) 332-3168        Fax: (225) 332-7795
R

**JPMorganChase** 

| **To:** | David Galalis | **From:** | Eric Newman |
|---|---|---|---|
| **Fax:** | 212-997-4242 | **Pages:** | 1 of 2 |
| **Phone:** | | **Date:** | 11/16/07 |
| **Re:** | | **Case:** | 07cv6865 |

☒ **Urgent**    ☒ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

● **Comments:**

Amended answers requested.

### CONFIDENTIALITY NOTE

The information contained in this facsimile message is legally privileged and confidential information, which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or reproduction of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address listed above via the United States Postal Service. Thank you.

Case No.: 07 cv 6865 (LTS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDYMAC BANK, F.S.B.,

Plaintiff,

– against –

NATIONAL SETTLEMENT AGENCY, INC.; STEVEN M. LEFF; RACHEL M. LEFF; RICHARD A. LEFF; JOHN DOES 1–100,

Defendants.

---

**ORDER TO SHOW CAUSE TO COMPEL JPMORGAN CHASE BANK, N.A. TO DELIVER TO THE U.S. MARSHAL THE ATTACHED FUNDS OF STEVEN M. LEFF AND NATIONAL SETTLEMENT AGENCY**

---

FELDMAN WEINSTEIN & SMITH LLP
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000

Attorneys for Plaintiff
