# EXHIBIT B

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>IndyMac Bank, F.S.B. | COURT CASE NUMBER<br>07 cv 6865 (LTS) |
| DEFENDANT<br>National Settlement Agency, Inc., et al. | TYPE OF PROCESS<br>Order of Attachment |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
All accounts of Steven M. Leff and National Settlement Agency, Inc. et al at JP Morgan Chase Bank — see attached Exhibit 1

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
JP Morgan Chase Bank, 1 Chase Manhattan Plaza, 26th Floor, NY, NY 10005
Attn: Linda Lewis

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
David Galalis
Feldman Weinstein + Smith LLP
420 Lexington Ave, Ste 2620
New York, NY 10170

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 0 parties, 1 Garnishee
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please see attached list of known accounts held by Steve M. Leff and National Settlement Agency, Inc., at JP Morgan Chase Bank. Please levy upon all accounts held by these persons at JP Morgan Chase Bank.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 212 931-8715
DATE: 8/17/07

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 54
District to Serve No.: 54
Signature of Authorized USMS Deputy or Clerk: Joan Hamilton
Date: 8/17/07

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Linda Platone (Legal Specialist)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/20/07    Time: 11:55 am

Signature of U.S. Marshal or Deputy: [signature] 3928

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | .49 | | 45.49 | | |

REMARKS:

NOTE
07-6865-1

PRIOR EDITIONS MAY BE USED    3. NOTICE OF SERVICE    FORM USM-285 (Rev. 12/15/80)

Exhibit 1 to USM-285 Form
**IndyMac Bank, F.S.B. v. National Settlement Agency, Inc., et al. (SDNY 07 cv 6865)**

All accounts in the name of Steven M. Leff (15 Anvil Ct., East Hampton, NY 11937) or National Settlement Agency, Inc. (404 Park Avenue S., 5th Fl., New York, NY 10016 or 575 Madison Avenue, Ste 1006, New York, NY 10022) held at JPMorgan Chase Bank are to be attached, including but not limited to:

1. "National Settlement Agency, Inc., Attorney Escrow Funding Account," Account No. 904613917, ABA No. 021000021.

2. "National Settlement Agency, Inc., Attorney Funding Account – Gen," Account No. 9870967577-65, ABA No. 021000021.

3. "National Settlement Agency, Inc., Lydian Funding (Fundian, [sic]) Account," Account No. 740084702.

4. National Settlement Agency, Inc., account name unknown, Account No. 4585004268-65.

5. National Settlement Agency, Inc., account name unknown, Account No. 9870772630-65.

6. National Settlement Agency, Inc., account name unknown, Account No. 0260904526-65.

7. National Settlement Agency, Inc., account name unknown, Account No. 0260904374-65.

8. National Settlement Agency, Inc., account name unknown, Account No. 0260871648-65.

9. Steven and Rachel Leff joint account, account name unknown, Account No. 0260896319-65.