# EXHIBIT D

<u>AMENDED</u>

## JPMorganChase
Court Orders and Levies Department
LA2-9381
451 Florida Street
Baton Rouge, Louisiana 70801

Friday, Nov 16, 2007

FELDMAN WEINSTEIN & SMITH LLP
420 LEXINGTON AVE, SUITE 2620
NEW YORK, NY 10170

Re: INDYMAC BANK FSB vs NATIONAL SETTLEMENT AGENCY, INC., STEVEN M LEFF, RACHEL M LEFF, RICHARD A LEFF, JOHN DOES, et al.

CASE No: 07cv6865

JPMorgan Chase Bank, N.A. ("JPMC") is in receipt of your Temporary Restraining Order for the above referenced case.

JPMC conducted a search of its current systems of the named judgment debtors. The amounts held in each account is listed below:

| Received Date | Account Number | Amount of Hold | Present Balance |
|---|---|---|---|
| Wednesday, Aug 08, 2007 | 91129755265 | $2,349,150.00 | $59.68 |
| Wednesday, Aug 08, 2007 | 91361821265 | $2,349,150.00 | $156,357.42 |
| Wednesday, Aug 08, 2007 | 26090898185 | $2,349,150.00 | $87.92 |
| Wednesday, Aug 08, 2007 | 987078707401 | $2,349,150.00 | $0 |
| Wednesday, Aug 08, 2007 | 987078707402 | $2,349,150.00 | $0.07 |
| Wednesday, Aug 08, 2007 | 987078707465 | $2,349,150.00 | $0 |

If funds not held, provide reasons: all other deposit accounts are closed

Please allow this letter to serve as JPMC's answer to the Order.

If you should have any questions regarding this matter, please contact the bank at (225) 332-7250 between the hours of 8:00am - 6:00pm CST.

Very truly yours,

ERIC M NEWMAN
Legal Processing Specialist
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department

Court Orders and Levies Department
LA2-2808
PO BOX 260164
Baton Rouge, LA 70826-0164
Phone: (225) 332-3168    Fax: (225) 332-7795

**JPMorganChase**

| | | | |
|---|---|---|---|
| **To:** | David Galalis | **From:** | Eric Newman |
| **Fax:** | 212-997-4242 | **Pages:** | 1 of 2 |
| **Phone:** | | **Date:** | 11/16/07 |
| **Re:** | | **Case:** | 07cv6865 |

☑ Urgent    ☑ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:**

Amended answers requested.

## CONFIDENTIALITY NOTE

The information contained in this facsimile message is legally privileged and confidential information, which is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or reproduction of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address listed above via the United States Postal Service. Thank you.