UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDYMAC BANK, F.S.B., | Case No.: 07 cv 6865 (LTS) |
| Plaintiff, | |
| | **NOTICE OF MOTION** |
| – against – | |
| NATIONAL SETTLEMENT AGENCY, INC.; STEVEN M. LEFF; RACHEL M. LEFF; RICHARD A. LEFF; JOHN DOES 1–100, | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying declaration of Eric Weinstein and memorandum of law, both dated November 20, 2007, plaintiff will move this Court before the Hon. Laura Taylor Swain, at a time and place to be set by the Court, for a judgment by default pursuant to Fed. R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(b), against defendants National Settlement Agency, Inc. and Steven Leff, jointly and severally, in the amount of $2,349,150.00, plus such other and further relief as this Court deems just and proper.

Dated: New York, New York
November 20, 2007

                 **FELDMAN WEINSTEIN & SMITH LLP**

         By: s/Eric Weinstein
             Eric Weinstein (EW 5423)
             David J. Galalis (DG 1654)
             Yong Hak Kim (of counsel)
             420 Lexington Avenue
             New York, New York
             (212) 869-7000
             Attorneys for Plaintiff