| Feldman Weinstein & Smith |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 21 2007
```

TO: The Honorable Laura T. Swain
(212) 805-0426

CC: Michael Soshnick for Steven Leff     soshnick.law@verizon.net
Larry Morrison for Rachel Leff     morrlaw@aol.com
Jonathan Bruno for Richard Leff     jbruno@kbrlaw.com

FROM: David J. Galalis

DATE: November 20, 2007

Re: **IndyMac Bank, F.S.B. v. National Settlement Agency, Inc., et al. (SDNY 07 cv 6865)**
**Extension of Time to File Preliminary Pre-trial Statement**

Your Honor:

May this letter confirm that all counsel have consented to an extension of the filing deadline for the preliminary pre-trial statement to Tuesday November 27, 2007. Thank you for your consideration.

Respectfully yours,

*/s/ David J. Galalis*
David J. Galalis
Feldman Weinstein & Smith LLP
Attorneys to IndyMac Bank, F.S.B.

*The requested extension is granted.*

SO ORDERED.

*/s/* 11/20/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

## MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not fax] such certification to Chambers.

Copies ~~mailed~~ faxed to PM Counsel
Chambers of Judge Swain    11-21-07

---

Feldman Weinstein & Smith LLP | 420 Lexington Avenue, New York, NY 10170 | T – 212-869-7000 F – 212-997-4242
ATTORNEYS AT LAW | www.feldmanweinstein.com