```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 2 7 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDYMAC BANK, F.S.B.,
                                        Plaintiff,
       -v-                                No. 07 Civ. 6865 (LTS)(GWG)

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF,
RICHARD A. LEFF, and JOHN DOES 1-100,
                                        Defendants.

---

ABN AMRO MORTGAGE GROUP, INC.,
                                        Plaintiff,
       -v-                                No. 07 Civ. 7657 (LTS)(GWG)

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF,
and RICHARD A. LEFF,
                                        Defendants.

---

E* TRADE SAVINGS BANK and
E* TRADE MORTGAGE CORP.,
                                        Plaintiffs,
       -v-                                No. 07 Civ. 8065 (LTS)(GWG)

NATIONAL SETTLEMENT AGENCY, INC.,
FAST TRACK TITLE AGENCY LLC,
STEVEN M. LEFF, RACHEL M. LEFF, and
RICHARD A. LEFF,
                                        Defendants.

---

LYDIAN PRIVATE BANK d/b/a
VIRTUAL BANK
                                        Plaintiff,
      -v-                                No. 07 Civ. 8173 (LTS)(GWG)

STEVEN M. LEFF, RICHARD A. LEFF,
                                        Defendants.

---

LAURA TAYLOR SWAIN, UNITED STATES DISTRICT JUDGE

ORDER[1]

The Initial Pre-Trial Conferences for the above-captioned related cases were originally scheduled for 11:00 a.m. on November 30, 2007. The conferences are hereby rescheduled to 10:00 a.m. on Monday, December 3, 2007.

SO ORDERED.

Dated:   New York, New York
         November 26, 2007

_____
LAURA TAYLOR SWAIN
United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*