**LAWRENCE F. MORRISON**
**ATTORNEY AT LAW**
**220 EAST 72ND STREET**
**NEW YORK, NY 10021**
**212-861-1224**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 30 2007
```

VIA TELECOPIER

November 29, 2007

Honorable Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

Re:  E*Trade Savings Bank, et al. v. National Settlement Agency, Inc. et al.
     No. 07-08065(LTS)(GWG)
     Indy Mac Bank. F.S.B v. National Settlement Agency, Inc. et al.,
     07-06865(LTS)(GWG)
     ABN Amro Mortgage Group, Inc. v. National Settlement Agency, Inc. et al,.
     07-07657(LTS)(GWG)
     Lydian Private Bank, d/b/a Virtual Bank v. Steven M. Leff et al.,
     No.07-08713(LTS)(GWG)

Dear Judge Swain:

   I am the attorney for Defendant Rachel M. Leff. I wish to respectfully inform your Honor that on Nov 12, 2007 Rachel Leff filed Chapter 11 in the Eastern District of New York. The case number is 07-74601(DTE) and it is currently pending before Judge Dorothy T. Eisenberg.

   Pursuant to 11 U.S.B.C Section 362(a) all actions against the Debtor, Rachel Leff are automatically stayed. Therefore, I respectfully submit the Initial Pre-Trial Case Conference scheduled for December 3, 2007 is stayed as to Rachel M. Leff.

Respectfully Submitted,

Lawrence F. Morrison (LM7568)

CC: Steven Baum PC, counsel for Option One Mortgage Esq. via Telecopier

*[Handwritten note:]* In light of the bankruptcy filing the case is stayed to the extent it relates to Rachel Leff. The conference will proceed as to the other defendants.

SO ORDERED.

*[Signature]* 11/29/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Thomas J. Kavaler, counsel for ABN Amro Bank (Via Telecopier)
Eric Weinstein Esq. counsel for Indy Mac Bank (Via Telecopier)
Office of The US Trustee, EDNY (Via Telecopier)
Lisa M. Campisi, Esq., counsel for E-Trade Savings Bank (Via Telecopier)
Michael L. Soshnick counsel for Steven Leff (Via email)
Jonathan Bruno Esq. counsel for Richard Leff (Via Telecopier)