UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Indymac Bank,

                Plaintiff(s),

-v-

National Settlement Agency, Steven M. Leff, Rachel M. Leff, Richard A. Leff and John Does 1-100,

                Defendant(s).    X
------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 3 2007

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 6865 (LTS)(GWG)

LAURA TAYLOR SWAIN, District Judge
    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*

_____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Settlement* (Principals to participate as required by Magistrate Judge)

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
               December 3, 2007

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge