UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDYMAC BANK, F.S.B.,                            :

        Plaintiff,                              :

                                         07 Civ. 6865 (LTS) (GWG)

    -v-                                         :

NATIONAL SETTLEMENT AGENCY INC. et al., :
        Defendants.
------------------------------------------------------------X
ANB AMRO MORTGAGE GROUP, INC.            :

        Plaintiff,                              :

                                         07 Civ. 7657 (LTS)(GWG)

    -v-                                         :

NATIONAL SETTLEMENT AGENCY INC. et al., :
        Defendants.
------------------------------------------------------------X
E* TRADE SAVINGS BANK AND                       :
E* TRADE MORTGAGE CORP.,

                                         :

        Plaintiffs,                            07 Civ. 8065 (LTS)(GWG)

                                         :

    -v-                                         :

NATIONAL SETTLEMENT AGENCY, INC. et al.,
        Defendants.
------------------------------------------------------------X
LYDIAN PRIVATE BANK                             :

        Plaintiff,                              :

                                         07 Civ. 8173 (LTS)(GWG)

    -v-                                         :

STEVEN M. LEFF, RICHARD LEFF et al.,     :
        Defendants.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      1. The above-referenced action has been referred to this Court for general pre-trial purposes, which includes all pre-trial applications (including those relating to discovery), except motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification. See 28 U.S.C. § 636(b)(1)(A).

    2. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at:
http://www1.nysd.uscourts.gov/judge_info.php?id=67

    3. Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

    4. Any application for an extension of the time limitations with respect to any deadlines in this matter must be made as soon as the cause for the extension becomes known to the party making the application. The application also must state the position of all other parties on the proposed extension and must show good cause therefor not foreseeable as of the date of this Order. "Good cause" as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

    5. The parties are expected to make affirmative attempts to settle this matter through discussions among counsel. In late March 2008, the Court will issue an Order setting a settlement conference in all four cases for late April or early May 2008. The parties may write a joint letter at any time seeking to hold the conference prior to (or later than) such time period. (The parties will also have an opportunity to seek a change in date after the Order is issued.) The Court notes that clients will be expected to appear at this conference.

    6. If a recipient of this Order is aware of any attorneys or parties who should receive notice of Court action in this case other than any attorneys or parties currently listed on the ECF system, please notify Deputy Clerk Sylvia Gonzalez at (212) 805-4260 immediately.

    SO ORDERED.

Dated: December 5, 2007
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge