USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 6 2007

**Feldman Weinstein & Smith**

December 4, 2007

By Fax
(212) 805-0426

The Hon. Laura Taylor Swain
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: IndyMac Bank, F.S.B. v. Nat. Settlement Agency, Inc., et al.; 07 cv 6865 (LTS)(GWG)

Your Honor:

IndyMac Bank hereby withdraws its Order to Show Cause against JPMorgan Chase Bank, noticed for 10:00 a.m. on Thursday December 6, 2007. IndyMac received notice yesterday from the U.S. Marshal's Service that Chase has served upon them a proper garnishment letter. As such, the relief requested by IndyMac in its Order to Show Cause is now moot.

Respectfully yours,

David J. Galalis
Feldman Weinstein & Smith LLP
Attorneys to Plaintiff IndyMac Bank, F.S.B.

cc by e-mail:

Michael L. Soshnick, Attorney for Steven Leff
Lawrence F. Morrison, Attorney for Rachel Leff
Jonathan B. Bruno, Attorney for Richard Leff
Linda Lewis, Attorney for JPMorgan Chase Bank, N.A.

SO ORDERED.

/s/ 12/5/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies ~~mailed~~ faxed to P/A Counsel
Chambers of Judge Swain   12-6-07

Feldman Weinstein & Smith LLP | 420 Lexington Avenue, New York, NY 10170 | T – 212-869-7000  F – 212-997-4242
ATTORNEYS AT LAW | www.feldmanweinstein.com