USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
INDYMAC BANK, F.S.B.,

                        Plaintiff,                   07 **CIVIL** 6865 (LTS)

          -against-                           **DEFAULT JUDGMENT**

NATIONAL SETTLEMENT AGENCY, INC., et al.,
                        Defendants.             #07, 2431
----------------------------------------------------------------X

       Plaintiff having moved for a default judgment against two defendants, National Settlement Agency, Inc. and Steven M. Leff, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court thereafter, on December 19, 2007 having rendered its Memorandum Order that there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b), entering judgment against defendants, National Settlement Agency, Inc. and Steven M. Leff, jointly and severally, in the amount of $2,349,150.00, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Order dated December 19, 2007, that there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b), judgment is entered against defendants, National Settlement Agency, Inc. and Steven M. Leff, jointly and severally, in the amount of $2,349,150.00.

Dated: New York, New York
          December 20, 2007                        **J. MICHAEL McMAHON**
                                                        **Clerk of Court**
                                    BY:
                                                        **Deputy Clerk**

                                                  THIS DOCUMENT WAS ENTERED
                                                  ON THE DOCKET ON _____