USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDYMAC BANK, F.S.B.,

    Plaintiff,

– against –

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; JOHN DOES 1–100,

    Defendants.

---

Case No.: 07 cv 6865 (LTS) (GWG)

**CONSENT TO AMEND COMPLAINT**

  **IT IS HEREBY STIPULATED AND AGREED** between the undersigned attorneys that whereas:

  1. On or about August 20, 2007, IndyMac Bank served its summons and complaint upon National Settlement Agency, Inc.

  2. On or about August 8, 2007, IndyMac Bank served its summons and complaint upon Steven M. Leff;

  3. On or about August 17, 2007, IndyMac Bank served its summons and complaint upon Rachel M. Leff;

  4. On or about August 9, 2007, IndyMac Bank served its summons and complaint upon Richard A. Leff;

  5. On or about December 20, 2007, a default money judgment was entered against Defendants Steven Leff and National Settlement Agency, Inc.

  6. On or about November 12, 2007, Defendant Rachel Leff filed for Chapter 11 Bankruptcy, thereby staying this action as against her.

  **NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:**

  1. Defendant Richard Leff consents to the filing of the First Amended Complaint attached hereto.

  2. Facsimile signatures shall be deemed original.

3.  By way of this stipulation, Richard Leff does not waive and expressly reserves any and all defenses, affirmative or otherwise, that are available to him.

Dated: New York, New York
       January 4, 2008

FELDMAN WEINSTEIN & SMITH LLP
Attorneys to Plaintiff IndyMac Bank

By: _____
Eric Weinstein (EW 5423)
David J. Galalis (DG 1654)
Yong Hak Kim (of counsel)
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000

KAUFMAN BORGEEST & RYAN LLP
Attorneys to Defendant Richard A. Leff

By: _____
Jonathan B. Bruno
99 Park Avenue, 19th Floor
New York, NY 10016
(212) 980-9600