UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

INDYMAC BANK, F.S.B.,

        Plaintiff,

  -v-                                     No. 07 Civ. 6865 (LTS)(GWG)

NATIONAL SETTLEMENT AGENCY, INC.
et al.,

        Defendants.                  ORDER

-------------------------------------------------------x

        On January 8, 2008, the Court entered an Order against garnishee Sitt Asset Management ("Sitt") to show cause why an order should not be entered, <u>inter alia</u>, compelling Sitt to deliver to the U.S. Marshal all funds held by it that belong to or are owed to defendants Steven M. Leff and/or National Settlement Agency that were levied upon by way of Order of Attachment on or about October 11, 2007. (Docket Entry No. 57.) The hearing in connection with the Order was originally scheduled for January 25, 2008, at 2:45 p.m. in Courtroom 17C before the undersigned.

        Opposition papers, dated January 18, 2008, were received by the Court on January 23, 2008. In order to provide enough time for adequate briefing, and in light of the general pretrial reference to Judge Gorenstein, (Docket Entry No. 50), the hearing in connection with the January 8, 2008, Order to Show Cause shall be held on **January 29, 2008, at 11:30 a.m. in Courtroom 17A before Judge Gorenstein.**

        Plaintiff shall file with the court and serve by hand or overnight delivery its reply papers, with a courtesy copy provided for Judge Gorenstein's chambers, so as to be received no later than 3:00 p.m. on **January 25, 2008.**

        SO ORDERED.

Dated:     New York, New York
             January 23, 2008

                                              LAURA TAYLOR SWAIN
                                              United States District Judge

012308.wpd      version 1/23/08                         Copies mailed Faxed to Mr. Galalis, Schneider, Esq.
                                                         Chambers of Judge Swain   1/23/08