# CHASE

**OFFICIAL CHECK**

781319526  23-97/1020

New York

Date   04/18/2007

Remitter NATIONAL SETTLEMENT AGENCY, INC

Pay: ONE HUNDRED THIRTEEN THOUSAND
FOUR HUNDRED THIRTEEN DOLLARS AND 34 CENTS

$ ********113,413.34 ***

Pay To The Order Of   180 MADISON OWNERS LLC

Drawer: JPMORGAN CHASE BANK, N.A.

*Stephen P. Hughes*
First Vice President

Issued by Integrated Payment Systems Inc., Englewood, Colorado
JPMorgan Chase Bank, N.A., Denver, Colorado

⑈700100⑈ ⑆102000979⑆ 2500781319526⑈

---

# CHASE

**OFFICIAL CHECK**

781319527  23-97/1020

New York

Date   04/18/2007

Remitter NATIONAL SETTLEMENT AGENCY INC.

Pay: TWENTY EIGHT THOUSAND THREE HUNDRED FIFTY THREE DOLLARS AND 34 CENTS

$ *********28,353.34 ***

Pay To The Order Of   180 MADISON OWNERS LLC

Drawer: JPMORGAN CHASE BANK, N.A.

*Stephen P. Hughes*
First Vice President

Issued by Integrated Payment Systems Inc., Englewood, Colorado
JPMorgan Chase Bank, N.A., Denver, Colorado

⑈700100⑈ ⑆102000979⑆ 2500781319527⑈