Tenant Ledger
National Settlement Agency, Inc. (natsettl)
180 Madison Owners, LLC

| Date | Description | Charges | Payments | Balance |
|------|-------------|---------|----------|---------|
| | Balance Forward | | | $                - |
| 5/1/2007 | chk# 781319526  received 4/26/2007 | | $   100,400.00 | $   (100,400.00) |
| 5/1/2007 | chk# 781319527  received 4/26/2007 | | $    25,100.00 | $   (125,500.00) |
| 5/2/2007 | Security Deposit | $   100,400.00 | | $    (25,100.00) |
| 7/1/2007 | Rent (07/2007) | $    25,100.00 | | $                - |
| 7/1/2007 | Electric Charges (07/2007) | $     1,882.50 | | $      1,882.50 |
| 7/1/2007 | Sprinkler (07/2007) | $        50.00 | | $      1,932.50 |
| 7/1/2007 | Rent Abatement (07/2007) | $   (25,100.00) | | $    (23,167.50) |
| 8/1/2007 | Rent (08/2007) | $    25,100.00 | | $      1,932.50 |
| 8/1/2007 | Electric Charges (08/2007) | $     1,882.50 | | $      3,815.00 |
| 8/1/2007 | Sprinkler (08/2007) | $        50.00 | | $      3,865.00 |
| 8/1/2007 | Rent Abatement (08/2007) | $   (25,100.00) | | $    (21,235.00) |
| 9/1/2007 | Rent (09/2007) | $    25,100.00 | | $      3,865.00 |
| 9/1/2007 | Electric Charges (09/2007) | $     1,882.50 | | $      5,747.50 |
| 9/1/2007 | Sprinkler (09/2007) | $        50.00 | | $      5,797.50 |
| 10/1/2007 | Rent (10/2007) | $    25,100.00 | | $     30,897.50 |
| 10/1/2007 | Electric Charges (10/2007) | $     1,882.50 | | $     32,780.00 |
| 10/1/2007 | Sprinkler (10/2007) | $        50.00 | | $     32,830.00 |
| 11/1/2007 | LEGAL- Inv.# 465850-8/30/07 | $       212.00 | | $     33,042.00 |
| 11/1/2007 | LEGAL-Inv# 466225-09/20,9/24/07 | $       280.00 | | $     33,322.00 |
| 11/1/2007 | Rent (11/2007) | $    25,100.00 | | $     58,422.00 |
| 11/1/2007 | Electric Charges (11/2007) | $     1,882.50 | | $     60,304.50 |
| 11/1/2007 | Sprinkler (11/2007) | $        50.00 | | $     60,354.50 |
| 12/1/2007 | Rent (12/2007) | $    25,100.00 | | $     85,454.50 |
| 12/1/2007 | Electric Charges (12/2007) | $     1,882.50 | | $     87,337.00 |
| 12/1/2007 | Sprinkler (12/2007) | $        50.00 | | $     87,387.00 |
| 1/1/2008 | LEGAL-Inv.#467244-10/09,11,19,23 | $       595.70 | | $     87,982.70 |
| 1/1/2008 | Rent (01/2008) | $    25,100.00 | | $    113,082.70 |
| 1/1/2008 | Electric Charges (01/2008) | $     1,882.50 | | $    114,965.20 |
| 1/1/2008 | Sprinkler (01/2008) | $        50.00 | | $    115,015.20 |

| Current | | 30 Days | 60 Days | 90 Days | Amount Due |
|---------|--|---------|---------|---------|------------|
| $   27,628.20 | $ | 27,032.50 | $    27,524.50 | $    32,830.00 | $    115,015.20 |