Tenant Ledger
National Settlement Agency, Inc. (natsett2)
180 Madison Owners, LLC

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | $ - |
| 5/1/2007 | chk# 781319526 received 4/26/2007 | | $ 13,013.34 | $ (13,013.34) |
| 5/1/2007 | chk# 781319527 received 4/26/2007 | | $ 3,253.34 | $ (16,266.68) |
| 5/2/2007 | Security Deposit | $ 13,013.34 | | $ (3,253.34) |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| | | | $ (3,253.34) | $ (3,253.34) |