UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDYMAC BANK, F.S.B.,

            Plaintiff,

– against –

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; and OPTAMERICA
MORTGAGE, INC.,

            Defendants.

Case No.: 07 cv 6865 (LTS) (GWG)

**ORDER TO SHOW CAUSE TO COMPEL MICHAEL L. SOSHNICK TO DISGORGE AND PAY-OVER TO THE U.S. MARSHAL ANY ATTORNEY'S FEES RECEIVED FROM STEVEN M. LEFF**

**(Fed. R. Civ. P. 64 and NY C.P.L.R. 6214(d))**

Upon the pleadings and papers filed in this action, and the attached declaration of Eric Weinstein, sworn to on January 23, 2008, it is hereby:

**ORDERED THAT** garnishee Michael L. Soshnick show cause before this Court at Room 17-A, United States Courthouse 500 Pearl Street, New York, NY 10007 on the 8th day of February at 11:15 a.m., or as soon thereafter as counsel can be heard, why an order should not be entered, pursuant to Fed. R. Civ. P. 64 and NY C.P.L.R. 6214(d) requiring Michael L. Soshnick to: (a) provide a sworn account to the plaintiff of all legal fees received from Steven Leff on or after August 6, 2007, or to provide a sworn statement that no legal fees have been received; (b) provide a sworn account to the plaintiff of assets belonging to Steven Leff held since August 6, 2007 on retainer for future legal services, or for any other purpose, or to provide a sworn statement that no assets are being held; and (c) disgorge and pay-over to the U.S. Marshal, in preference of and pursuant to IndyMac's Order of Attachment, all legal fees received from Steven Leff on or after August 6, 2007, and all retainers and assets belonging or owed to Steven Leff; and it is further

**ORDERED** that a copy of this Order to Show Cause and the papers upon which it is based shall be served upon all counsel to this action and the U.S. Marshal for the Southern District of New York by hand or overnight delivery, so that the papers are received on or before ~~January 28, 2008~~ *January 28, 2008*; and it is further

**ORDERED** that any opposition papers be served upon the same ~~by hand or overnight~~ *so that they are received by 5pm on February 4, 2008* ~~delivery within ____ days of the return date on this Order to Show Cause~~ and that any reply papers be served upon the same ~~by hand or overnight delivery within one day of the return date on this Order to Show Cause~~ *so that they are received by noon on February 7, 2008*. *Courtesy copies shall simultaneously be delivered to the Court.*

SO ORDERED: _____     DATED: 1/24/2008
Hon. Gabriel W. Gorenstein
United States Magistrate Judge

FELDMAN WEINSTEIN & SMITH LLP
Attorneys for Plaintiff IndyMac Bank, F.S.B.

By: _____
Eric Weinstein (EW 5423)
David J. Galalis (DG 1654)
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000