# EXHIBIT B

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: FELDMAN WEINSTEIN & SMITH LLP - 1569

INDYMAC BANK, F.S.B.

Plaintiff(s)

Index #: 07 CV 6865 (LTS)

- against -

Date Filed:

NATIONAL SETTLEMENT AGENCY, INC., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 6, 2007 at 04:00 PM at

KRANTZ & BERMAN LLP
747 THIRD AVENUE, 32ND FLOOR
NEW YORK, NY 10017

deponent served the within true copy of the ORDER TO SHOW CAUSE FOR ORDER OF ATTACHMENT,TEMPORARY RESTRAINING ORDER,PRELIMINARY INJUNCTION & EXPEDITED THIRD-PARTY DISCOVERY on STEVEN M. LEFF BY HIS ATTORNEY: LARRY H. KRANTZ, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH MS. ANNA TREE , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 40 | 5'7 | 135 |

Sworn to me on: August 7, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 495522