# EXHIBIT E

# MICHAEL L. SOSHNICK
*Attorney at Law*
190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK
———
OF COUNSEL
JOHN LAWRENCE

TEL (516) 294-1111
FAX (516) 294-5465

January 16, 2008

Mr. David Galalis, Esq.
Mr. Herrick Feinstein
420 Lexington Avenue ste 2620
New York, N.Y. 10170

Dear Messrs.. Feinstein and Galalis,

    In furtherance of our phone conversation last week, I am forwarding an email that I just received from Steven Leff in regard to the source of the funds he used to pay my legal fees. Please be advised that no money has been paid to me since the issuance of the restraining order by Judge Wood.

    Thank you.

Sincerely,

Michael L. Soshnick

Enc:
MLS/kb

### Michael Soshnick

**From:** Steve [stevenocean@gmail.com]
**Sent:** Wednesday, January 16, 2008 9:51 AM
**To:** soshnick.law@verizon.net
**Subject:** Source of Funds

Michael,

The money that I used to retain you came from my retirement account that I had with UBS and in no way came from any tainted sources.

Steven Leff

1/16/2008