# EXHIBIT F

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: IndyMac Bank FSB | COURT CASE NUMBER: 07 CV 6865 |
| DEFENDANT: National Settlement Agency et al | TYPE OF PROCESS: Order of Attachment |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael L. Soshnick

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) (516) 294-1111
190 Willis Avenue, Ste 112 Mineola NY 11501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David Galalis
Feldman Weinstein + Smith
420 Lexington Ave Ste 2620
New York, NY 10170

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 0
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve Michael L. Soshnick (personally) as garnishee → (money deposited as retainer) to the assets of Def. Steven Leff. This is a business address — Soshnick is on vacation until Oct 9.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 210 931 8715
DATE: 10/1/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted).
Total Process: 17
District of Origin: No. 54
District to Serve: No. 54
Signature of Authorized USMS Deputy or Clerk:
Date: 10/1/07

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Christian Pickney
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 1/24/07   Time: 5:15 pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 23.45 | | 68.45 | | |

REMARKS:

NOTE
07-6865