UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDYMAC BANK, F.S.B., : Case No.: 07 cv 6865 (LTS)(GWG)

               Plaintiff,

– against –

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; and OPTAMERICA
MORTGAGE, INC.,

               Defendants.

---

**NOTICE TO JUDGMENT DEBTOR STEVEN LEFF**

Money or property belonging to you may have been taken or held in order to satisfy a judgment or order which has been entered against you. Read this carefully.

**YOU MAY BE ABLE TO GET YOUR MONEY BACK**

State and federal laws prevent certain money or property from being taken to satisfy judgments or orders. Such money or property is said to be "exempt". The following is a partial list of money which may be exempt:

1. Supplemental security income (SSI);
2. Social security;
3. Public assistance (welfare);
4. Alimony or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions; and
9. Veterans benefits.

If you think that any of your money that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment or order. If you claim that any of your money that has been taken or held is exempt, you may contact the person sending this notice.

Also, **YOU MAY CONSULT AN ATTORNEY, INLCUDING LEGAL AID IF YOU QUALIFY**. The law (New York civil practice law and rules, article four and sections fifty-two hundred thirty-nine and fifty-two hundred forty) provides a procedure for determination of a claim to an exemption.

Dated: New York, New York
January 28, 2008

FELDMAN WEINSTEIN & SMITH LLP
Attorneys to Plaintiff IndyMac Bank

By: _____
Eric Weinstein (EW 5423)
David J. Galalis (DG 1654)
Yong Hak Kim (of counsel)
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDYMAC BANK, F.S.B., : Case No.: 07 cv 6865 (LTS) (GWG)

        Plaintiff, :

– against – :

        : **CERTIFICATE OF SERVICE**

NATIONAL SETTLEMENT AGENCY, INC.; :
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; and OPTAMERICA :
MORTGAGE, INC.,

        Defendants. :

---

State of New York  )
                        ) ss.:
County of New York  )

     David J. Galalis, pursuant to 28 U.S.C. § 1746, declares and states under penalty of perjury as follows:

     1.    I am not a party to this action. I am over 18 years of age. I reside in Brooklyn, New York.

     2.    On January 28, 2008, pursuant to Fed. R. Civ. P. 5, I served the within **NOTICE TO JUDGMENT DEBTOR STEVEN LEFF** upon Steven Leff by way of his attorney of record Michael Soshnick (First Class Mail and Federal Express Overnight Delivery) and upon the parties to this action (First Class Mail) at the addresses below.

Dated: New York, New York
       January 28, 2008

                                                                      David J. Galalis

To:

Steven Leff c/o
Michael L. Soshnick
Law Office of Michael L. Soshnick
190 Willis Avenue, Ste 112
Mineola, NY 11501

Jonathan Bruno
Kaufman Borgeest & Ryan LLP
99 Park Avenue, 19th Floor
New York, NY 10016

Lawrence F. Morrison
Law Office of Lawrence F. Morrison
220 East 72nd Street, 25th Fl.
New York, NY 10021