# Feldman Weinstein & Smith

**Eric Weinstein**
direct: 212-931-8701
eweinstein@feldmanweinstein.com

January 31, 2008



By Fax (212) 805-4268

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
500 Pearl Street, Room 510
New York, NY 10007

        Re: IndyMac Bank v. National Settlement Agency, et al.
           Docket No. 07 Civ. 6865

Dear Judge Gorenstein:

I am counsel for the plaintiff in the referenced action. I am writing to inform the Court that plaintiff hereby withdraws its order to show cause noticed for hearing on February 8, 2008, against Michael Soshnick.

Thank you for your consideration.

Respectfully yours,

*[signature]*

Eric Weinstein

cc: All Defendants (by email)

*[Handwritten: Docket #62 is deemed withdrawn. The February 8 conference is cancelled.]*
SO ORDERED: *[signature]* DATE: 1/31/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

**SO ORDERED**: _____      Dated: _____
        Hon. Gabriel W. Gorenstein
        United States Magistrate Judge

---

Feldman Weinstein & Smith LLP | 420 Lexington Avenue, New York, NY 10170 | T – 212-869-7000  F – 212-997-4242
ATTORNEYS AT LAW | www.feldmanweinstein.com