UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK  Attorney: FELDMAN WEINSTEIN & SMITH LLP - 1569

| | |
|---|---|
| INDYMAC BANK, F.S.B.<br><br>Plaintiff(s)<br><br>- against -<br><br>NATIONAL SETTLEMENT AGENCY, INC., ETAL<br><br>Defendant(s) | Index #: 07 CV 6865 (LTS)(GWG)<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 24, 2008 at 03:41 PM at

100 BROADWAY, 15TH FLOOR
NEW YORK, NY10005

deponent served the within true copy of the SUMMONS & FIRST AMENDED COMPLAINT,RULE 7.1 STATEMENT,JUDGES' RULES,3RD AMENDED INSTRUCTIONS FOR FILING ECF CASE/APPEAL * on OPTAMERICA MORTGAGE, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. JEFF MAJZNEIR personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & FIRST AMENDED COMPLAINT,RULE 7.1 STATEMENT,JUDGES' RULES,3RD AMENDED INSTRUCTIONS FOR FILING ECF CASE/APPEAL * as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GREY | 55 | 5'9 | 250 |

WEAR GLASSES

*Procedures and Guidelines for Electronic Case Filing, Order setting forth a procedure for the coordination of Pre-Trial Proceedings, Pre-Trial Scheduling Order

Sworn to me on: January 25, 2008

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | **DAVID GOLDBERG**<br>License #: 916033<br>Docket #: 523675 |