INDYMAC BANK, F.S.B.

Index #: 07 CV 6865 (LTS)(GWG

Plaintiff(s)

- against -

Date Filed:

NATIONAL SETTLEMENT AGENCY, INC., ETAL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 29, 2008 at 08:10 AM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY12210

deponent served the within two true copies of the SUMMONS & FIRST AMENDED COMPLAINT,RULE 7.1 STATEMENT,JUDGES' RULES,3RD AMENDED INSTRUCTIONS FOR FILING ECF CASE/APPEAL * on OPTAMERICA MORTGAGE, INC., the defendant/respondent therein named,

**SECRETARY OF STATE**    by delivering two true copies to MS. CAROL VOGT personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|------------|------------|---------------|------------------|-----------------|
| FEMALE | WHITE | BLACK | 50 | 5'3 | 135 |

WEARS GLASSES

*Procedures and Guidelines for electronic case filing, Order setting forth a procedure for the coordination of Pre-Trial Proceedings, Pre-Trial Scheduling Order

Sworn to me on:  January 29, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**STEVEN C. AVERY**

Docket #: 537398