OUR FILE:   401.144770

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
INDYMAC BANK, F.S.B.,

                         Plaintiff,          **FEDERAL RULES OF CIVIL PROCEDURE 7.1 STATEMENT**

         -against-

                                             CIVIL ACTION
                                             03 1079

NATIONAL SETTLEMENT AGENCY, INC.; STEVEN
M. LEFF; RACHEL M. LEFF; RICHARD A. LEFF;
and OPTAMERICA MORTGAGE, INC.,

                       Defendants.
------------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

      NONE

Dated:    New York, New York
              February 27, 2008

                                     CALLAN, KOSTER, BRADY & BRENNAN, LLP

                                     BY:_____
                                        WARREN S. KOSTER (WSK 6753)
                                        A Member of the Firm
                                        Attorneys for Defendant
                                        OPTAMERICA MORTGAGE, INC.,
                                        One Whitehall Street
                                        New York, New York  10004
                                        (212) 248-8800

TO:    Feldman Weinstein & Smith LLP
         Attorneys for Plaintiff
         INDYMAC BANK, F.S.B.
         420 Lexington Avenue Suite 2620
         New York, NY 10170

NATIONAL SETTLEMENT AGENCY, INC.
Pro Se
404 Park Avenue South 5th Floor
New York, NY 10016

STEVEN M. LEFF
Pro Se
15 Anvil Court
East Hampton, NY 11937

RACHEL M. LEFF
Pro Se
15 Anvil Court
East Hampton, NY 11937

RICHARD A. LEFF
Pro Se
10 Park Road
Short Hills, NJ 07078