UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
INDYMAC BANK, F.S.B.,                                    Case No.: 07 CV 6865 (LTS)

                              Plaintiff,

            -against-                                       **AFFIDAVIT**

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; JOHN DOES 1-100,

                              Defendants.
-----------------------------------------------------------------x
STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

SALIM KUKAJ, being duly sworn, deposes and says:

1.    I am the superintendent of the building known as 180 Madison Avenue, New York, New York (the "Building").

2.    On or about May 9, 2007, I delivered the keys to Suite 1203 in the Building to Mr. Manny Ruta of J&M Industries Inc., the general contractor for National Settlement Agency Inc.

                                                      _____
                                                           SALIM KUKAJ

Sworn to before me this
____ day of March 2008

_____
Notary Public

CHRISTINE PASCUCCI
NOTARY PUBLIC, STATE OF NEW YORK
No. 01PA6070385
QUALIFIED IN RICHMOND COUNTY
MY COMMISSION EXPIRES MARCH 4, 20__