UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
INDYMAC BANK, F.S.B.,                                Case No.: 07 CV 6865 (LTS)

                        Plaintiff,
         -against-                                STIPULATION

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; JOHN DOES 1-100,

                        Defendants.
-----------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED that the following facts and documents are submitted into evidence solely for the purpose of the motion of IndyMac Bank, F.S.B. ("Plaintiff") dated March 11, 2008, and the opposition of Sitt Asset Management, LLC and 180 Madison Owners, LLC ("Landlord") with respect thereto:

      1.      The Order of Attachment, Preliminary Injunction and Order allowing Expedited Discovery (the "Order of Attachment") dated August 16, 2007, which is annexed hereto as <u>Exhibit A</u>.

      2.      Process Receipt and Return alleging service of the Order of Attachment on Landlord on October 11, 2007, which is annexed hereto as <u>Exhibit B</u>.

      3.      The written lease agreement between 180 Madison Owners, LLC, as landlord, and National Settlement Agency, Inc., as tenant ("NSA"), which is annexed hereto as <u>Exhibit C.</u>

      4.      Check number 781319526 in the sum of $113,413.34 and check number 781319527 in the sum of $28,353.34, which are annexed hereto as <u>Exhibit D.</u>

5. Ledger of payments and charges for NSA's account through January 2008 for Suite 1203, which is annexed hereto as <u>Exhibit E</u>.

6. The judgment entered against NSA in the summary non-payment proceeding in the Civil Court of the City of New York, New York County (under L&T Index #91799/07), which is annexed hereto as <u>Exhibit F</u>.

7. Ledger of payments and charges for NSA's account through January 2008 for Suite 1201 and the hallway space, which is annexed hereto as <u>Exhibit G</u>.

8. Photographs of work performed by NSA's contractors in Suite 1203, which are collectively annexed hereto as <u>Exhibit H</u>.

9. Invoice dated July 5, 2007 from Sitt Asset Management LLC to NSA with respect to certain freight charges incurred by NSA, which is annexed hereto as <u>Exhibit I</u>.

10. Letter dated May 11, 2007 signed by Steven Leff as president of NSA, which is annexed hereto as <u>Exhibit J</u>.

11. The notice of petition and petition in the summary non-payment proceeding between <u>180 Madison Owners, LLC v. National Settlement Agency, Inc.</u> in the Civil Court of the City of New York, New York County (under L&T Index #91799/07), which is annexed hereto as <u>Exhibit K</u>.

12. NSA has not paid any of the rent or additional rent for the months of February 2008 and March 2008.

Dated: New York, New York
April 1, 2008

FELDMAN WEINSTEIN & SMITH LLP

By: _____
Eric Weinstein (EW-5423)
Attorneys for Plaintiff
420 Lexington Avenue, Suite 2620
New York, New York 10170
(212) 931-8715


CYRULI SHANKS HART & ZIZMOR LLP

By: _____
Marc J. Schneider (MS 3438)
Attorneys for Sitt Asset Management, LLC and 180 Madison Owners, LLC
420 Lexington Avenue, Suite 2320
New York, New York 10170
(212) 661-6800