**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/07
```

INDYMAC BANK, F.S.B.,

        Plaintiff,

– against –

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; JOHN DOES 1–100,

        Defendants.

Case No.: 07 cv 6865 (LTS)

ORDER OF ATTACHMENT,
PRELIMINARY INJUNCTION,
AND ORDER ALLOWING
EXPEDITED DISCOVERY

AS AGAINST STEVEN M. LEFF
AND NATIONAL SETTLEMENT
AGENCY, INC.

UPON plaintiff IndyMac Bank, F.S.B.'s Orders to Show Cause dated August 6 and 8, 2007, the Affidavit of Nicholas J. Nyland sworn to August 1, 2007, the Declaration of David J. Galalis dated August 6, 2007, the Memorandum of Law dated August 6, 2007, and the Declaration of David J. Galalis dated August 7, 2007 and due deliberation being had thereon;

AND plaintiff having filed a Summons and Complaint on July 31, 2007 and the Order to Show Cause having been filed on August 14, 2007 requiring Steven M. Leff and National Settlement Agency, Inc. to show cause why the following orders should not be entered: (1) an order of attachment pursuant to Fed. R. Civ. P. 64 and C.P.L.R. § 6201, (2) a preliminary injunction pursuant to Fed. R. Civ. P. 65; (3) an order allowing continued expedited third-party discovery; and (4) an order allowing expedited discovery against Steven M. Leff and National Settlement Agency, Inc.;

AND plaintiff having filed an undertaking in the sum of $10,000 pursuant to the Order to Show Cause dated August 6, 2007;

AND Steven M. Leff and National Settlement Agency, Inc. having been served through Larry H. Krantz, Esq., Krantz & Berman, 747 Third Avenue, 32nd Floor, New York, NY 10017 on August 8, 2007 with the Order to Show Cause dated August 8, 2007, directing them to appear before this court on this day;

AND the plaintiff having appeared before this Court on August 16, 2007 and Steven M. Leff having appeared by Michael Soshnick, and National Settlement Agency, Inc. having failed to appear;

AND the Court having determined, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. §§ 6201(3) and 6212 that: (a) plaintiff has causes of action whereby it has demanded and would be entitled to a money judgment against Steven M. Leff and National Settlement Agency, Inc. in the amount of $2,349,150.00, plus interest, costs, and disbursements, (b) it is probable that the plaintiff will succeed on the merits of its claims against Steven M. Leff and National Settlement Agency, Inc., (c) Steven M. Leff and National Settlement Agency, Inc. with intent to defraud the plaintiff or frustrate the enforcement of a judgment that might be rendered in the plaintiff's favor, have assigned, disposed of, and secreted property, and are about to continue such acts, and (d) the amount demanded from Steven M. Leff and National Settlement Agency, Inc. exceeds all counterclaims known to the plaintiff;

**IT IS HEREBY ORDERED THAT** the amount to be secured by this Order of Attachment shall be $2,349,150.00 plus the legal rate of interest thereon from June 13, 2007, costs, and United States Marshals Service's fees and expenses; and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 64 and C.P.LR. §§ 6210 & 6211(a), the United States Marshals Service of the Southern District of New York or of any district in the State of New York shall levy, at any time before final judgment, upon the joint or respective

2

assets of Steven M. Leff and National Settlement Agency, Inc. situated in the State of New York, including but not limited to, any interest of Steven M. Leff or National Settlement Agency, Inc. in personal or real property, any debt owed to Steven M. Leff or National Settlement Agency, Inc., or any investment accounts and investments, including commercial paper, which any third-party (including JP Morgan Chase) keeps in trust or possession for the benefit of National Settlement Agency, Inc., Steven M. Leff, Samuel (Sam or Sammy) Leff, or Ryan Leff, as will satisfy the above-stated amount to be secured by this Order of Attachment; and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. § 6220, on or before August 20, 2007 Steven M. Leff and National Settlement Agency, Inc. shall provide counsel for plaintiff a sworn affidavit enumerating in detail each and every bank account, investment account, investment, commercial paper, parcel of real property, motor vehicle, watercraft, or other personal property of $10,000 of value or more, whether held personally or in trust, and the location and garnishee of each; and it is further

**ORDERED** that, pending the final resolution of this action, or an Order of this Court directing otherwise, Steven M. Leff, acting in his personal capacity or as custodian or trustee, and National Settlement Agency, Inc. and their garnishees, officers, directors, partners, affiliates, agents, employees, assigns, and any entities or individuals acting on their behalf, are restrained and enjoined from directly or indirectly secreting, transferring, selling, alienating, concealing, encumbering, or otherwise dissipating any of Steven M. Leff or National Settlement Agency Inc.'s assets, or paying any debt owed by Steven M. Leff or National Settlement Agency, Inc., up to $2,349,150.00 plus interest, costs, disbursements, and fees, but excluding ordinary and usual living and business expenses; and it is further

ORDERED that the plaintiff may immediately begin taking discovery from Steven M. Leff and National Settlement Agency, Inc. and may continue to serve subpoenas upon JP Morgan Chase Bank, and any other third party, for any purpose.

Dated: New York, New York

    8-16-07           SO ORDERED: _Kimba M. Wood_
                                          United States District Judge
                                          PART I

FELDMAN WEINSTEIN & SMITH LLP
Attorneys for Plaintiff IndyMac Bank, F.S.B.

By: _/s/ Eric Weinstein_
    Eric Weinstein (EW 5422)
Yong Hak Kim (Of Counsel)
David J. Galalis (DG 1654)
420 Lexington Avenue, Ste. 2620
New York, NY 10170
(212) 869-7000

CERTIFIED AS A TRUE COPY ON
THIS DATE 8/16/07
BY _____
( ) Clerk
(✓) Deputy

4

UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES MARSHAL
Southern District of New York
500 Pearl Street
New York, NY 10007

I HEREBY CERTIFY the within to be a true copy of the Original Order of Attachment, as issued to me in the within mentioned action, and that the attachment of which the within is a copy is now in my hands, and that by it I am commanded to attach all estate, real and personal, including money and banknotes, bonds, promissory notes and other instruments for the payment of money, causes of action arising upon contract as well as any and all interest in any partnership, of the defendant, and of the defendants, and of each of them, as stated in said copy herewith served upon you, to which copy you are hereby referred for the name or names of the defendant or defendants whose property is attached within this district (except articles exempt from execution unless by law specifically made subject to attachment), and that all such property, debts, credits, and effects, and all rights and shares of stock, with all interest and profits thereon, and all dividends thereon, or therefrom, of the said defendant and of said defendants, and of each of them now in your possession or under your control are, and those which may come into your possession or under your control, will be liable to said warrant of attachment, and are hereby attached by me, and you are hereby required to deliver all such moneys, banknotes, bonds, promissory notes and other instruments for the payment of money, shares of stock, interest, profits and dividends thereon, and all property capable of manual delivery, into my custody without delay. And I hereby demand and require of you that furthermore pay to me all sums due from you to said defendant or to said defendants and each of them. And I hereby require you to furnish me with TWO COPIES of each statement as required in that behalf by the Civil Practice Law and Rules (CPLR) of any rights, shares, debts, or other property of said defendant and of said defendants, and each of them, whether capable or incapable of manual delivery, and in DEFAULT hereof you will be liable to the EXAMINATION and ATTACHMENT in such case provided by law. Civil practice Law and Rules (CPLR) secs. 6202, 6214, 6219, and 6220/

TAKE NOTICE THAT, AFTER SERVICE HEREOF UPON YOU, NO DEMAND OR PROPERTY HEREBY ATTACHED CAN BE LAWFULLY RELEASED, BY OR OTHERWISE EXCEPT BY THE DIRECTION OF THE UNITED STATES MARSHAL (Civil Practice Law and Rules)(CPLR) 6214 (b), 6222, and 6225

JOSEPH R. GUCCIONE
U.S. MARSHAL, SDNY

Dated:  New York, NY          By:  Joann Hoodson
        October 2, 2007            MS. JOANN GOODSON
                                   SEIZURE/FORFEITURE SPECIALIST

Sitt Asset Management
1 Penn Plaza
New York, NY 10119

**EXHIBIT B**

**U.S. Department of Justice**  
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**  
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: IndyMac Bank FSB | COURT CASE NUMBER: 07 cv 6865 |
| DEFENDANT: National Settlement Agency, et al | TYPE OF PROCESS: Order of Attachment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
→ Sitt Asset Management  
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
**AT** 1 Penn Plaza, New York, NY 10119

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David Galalis  
Feldman Weinstein + Smith  
420 Lexington Ave., Ste 2620  
New York, NY 10170

Number of process to be served with this Form - 285: 1  
Number of parties to be served in this case: 0  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve Sitt Asset Management as garnishee to the assets of Skyen Leff and National Settlement Agency ($100,000 security deposit held on 180 Madison Ave, 15th Fl)

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER: 212 931 8715  
DATE: 10/1/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.  
Total Process: 1  
District of Origin No. 54  
District to Serve No. 54  
Date: 10/1/07

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): ALIZA KLIPPER CFO  
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10-11-07  Time: 11:40 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 4.24 | | 49.24 | | |

REMARKS:

NOTE: 07-6865-7

PRIOR EDITIONS MAY BE USED     **3. NOTICE OF SERVICE**     FORM USM-285 (Rev. 12/15/80)