**EXHIBIT D**

# CHASE

**OFFICIAL CHECK**

New York

781319526   23-97/1020

Date   04/18/2007

Remitter   NATIONAL SETTLEMENT AGENCY, INC

**Pay:**   ONE HUNDRED THIRTEEN THOUSAND
FOUR HUNDRED THIRTEEN DOLLARS AND 34 CENTS

**Pay To The Order Of**   180 MADISON OWNERS LLC

$   ********113,413.34 ***

Drawer:  JPMORGAN CHASE BANK, N.A.

*Stephen P. Hughes*

First Vice President
Issued by Integrated Payment Systems Inc., Englewood, Colorado
JPMorgan Chase Bank, N.A., Denver, Colorado

⑈700100⑈ ⑆102000979⑉ 2500781319526⑈

---

# CHASE

**OFFICIAL CHECK**

New York

781319527   23-97/1020

Date   04/18/2007

Remitter   NATIONAL SETTLEMENT AGENCY INC.

**Pay:**   TWENTY EIGHT THOUSAND THREE HUNDRED FIFTY THREE DOLLARS AND 34 CENTS

**Pay To The Order Of**   180 MADISON OWNERS LLC

$   *********28,353.34 ***

Drawer:  JPMORGAN CHASE BANK, N.A.

*Stephen P. Hughes*

First Vice President
Issued by Integrated Payment Systems Inc., Englewood, Colorado
JPMorgan Chase Bank, N.A., Denver, Colorado

⑈700100⑈ ⑆102000979⑉ 2500781319527⑈

**EXHIBIT E**

Tenant Ledger
National Settlement Agency, Inc. (natsettl)
180 Madison Owners, LLC

| Date | Description | Charges | Payments | Balance |
|------|-------------|---------|----------|---------|
| | Balance Forward | | | $ - |
| 5/1/2007 | chk# 781319526  received 4/26/2007 | | $ 100,400.00 | $ (100,400.00) |
| 5/1/2007 | chk# 781319527  received 4/26/2007 | | $ 25,100.00 | $ (125,500.00) |
| 5/2/2007 | Security Deposit | $ 100,400.00 | | $ (25,100.00) |
| 7/1/2007 | Rent (07/2007) | $ 25,100.00 | | $ - |
| 7/1/2007 | Electric Charges (07/2007) | $ 1,882.50 | | $ 1,882.50 |
| 7/1/2007 | Sprinkler (07/2007) | $ 50.00 | | $ 1,932.50 |
| 7/1/2007 | Rent Abatement (07/2007) | $ (25,100.00) | | $ (23,167.50) |
| 8/1/2007 | Rent (08/2007) | $ 25,100.00 | | $ 1,932.50 |
| 8/1/2007 | Electric Charges (08/2007) | $ 1,882.50 | | $ 3,815.00 |
| 8/1/2007 | Sprinkler (08/2007) | $ 50.00 | | $ 3,865.00 |
| 8/1/2007 | Rent Abatement (08/2007) | $ (25,100.00) | | $ (21,235.00) |
| 9/1/2007 | Rent (09/2007) | $ 25,100.00 | | $ 3,865.00 |
| 9/1/2007 | Electric Charges (09/2007) | $ 1,882.50 | | $ 5,747.50 |
| 9/1/2007 | Sprinkler (09/2007) | $ 50.00 | | $ 5,797.50 |
| 10/1/2007 | Rent (10/2007) | $ 25,100.00 | | $ 30,897.50 |
| 10/1/2007 | Electric Charges (10/2007) | $ 1,882.50 | | $ 32,780.00 |
| 10/1/2007 | Sprinkler (10/2007) | $ 50.00 | | $ 32,830.00 |
| 11/1/2007 | LEGAL- Inv.# 465850-8/30/07 | $ 212.00 | | $ 33,042.00 |
| 11/1/2007 | LEGAL-Inv# 466225-09/20,9/24/07 | $ 280.00 | | $ 33,322.00 |
| 11/1/2007 | Rent (11/2007) | $ 25,100.00 | | $ 58,422.00 |
| 11/1/2007 | Electric Charges (11/2007) | $ 1,882.50 | | $ 60,304.50 |
| 11/1/2007 | Sprinkler (11/2007) | $ 50.00 | | $ 60,354.50 |
| 12/1/2007 | Rent (12/2007) | $ 25,100.00 | | $ 85,454.50 |
| 12/1/2007 | Electric Charges (12/2007) | $ 1,882.50 | | $ 87,337.00 |
| 12/1/2007 | Sprinkler (12/2007) | $ 50.00 | | $ 87,387.00 |
| 1/1/2008 | LEGAL-Inv.#467244-10/09,11,19,23 | $ 595.70 | | $ 87,982.70 |
| 1/1/2008 | Rent (01/2008) | $ 25,100.00 | | $ 113,082.70 |
| 1/1/2008 | Electric Charges (01/2008) | $ 1,882.50 | | $ 114,965.20 |
| 1/1/2008 | Sprinkler (01/2008) | $ 50.00 | | $ 115,015.20 |

| Current | | 30 Days | 60 Days | 90 Days | Amount Due |
|---------|--|---------|---------|---------|-----------|
| $ 27,628.20 | $ | 27,032.50 | $ 27,524.50 | $ 32,830.00 | $ 115,015.20 |

**EXHIBIT F**

DECISION AND JUDGMENT

180 MADISON OWNERS LLC,

Petitioner(s)

**AGAINST**

NATIONAL SETTLEMENT AGENCY, INC.,
XYZ CORPORATION,

Respondent(s)

**Decision and judgment is** rendered based upon
respondents failure to file an answer as follows:
Judgment of possession is granted in favor of:
180 MADISON OWNERS LLC,
and against
NATIONAL SETTLEMENT AGENCY, INC.,
XYZ CORPORATION,
A counterclaim is granted in favor of the respondent in the amount of    $0.00
(which if not being entered separately is offset and reflected in the
total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements
in the amount of    $0.00 in favor of:
180 MADISON OWNERS LLC,
and against
NATIONAL SETTLEMENT AGENCY, INC.,
XYZ CORPORATION,

for a total amount of    $0.00

(Monthly use and occupancy is set at    $0.00 per month, as per order,
stipulation or decision in record.)

Warrant to issue forthwith                 Execution _____

Date  11/20/07

Judge, Civil/Housing Court     HON. JEFFREY K. OING

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the
clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

**ENTRY OF JUDGMENT**

Judgment entered in accordance with the above on    NOV 2 3 2007

Chief Clerk, Civil Court

Warrant issued to Marshal _BAR 3923571_ On    NOV 2 3 2007

CIV-LT-50(2006)                                              Page 1 of 1

**EXHIBIT G**

Tenant Ledger
National Settlement Agency, Inc. (natsett2)
180 Madison Owners, LLC

| Date | Description | Charges | Payments | Balance |
|------|-------------|---------|----------|---------|
| | Balance Forward | | | $ - |
| 5/1/2007 | chk# 781319526  received 4/26/2007 | | $ 13,013.34 | $ (13,013.34) |
| 5/1/2007 | chk# 781319527  received 4/26/2007 | | $ 3,253.34 | $ (16,266.68) |
| 5/2/2007 | Security Deposit | $ 13,013.34 | | $ (3,253.34) |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---------|---------|---------|---------|------------|
| | | | $ (3,253.34) | $ (3,253.34) |

**EXHIBIT H**





