UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
INDYMAC BANK, F.S.B.,

                Plaintiffs,

    -against-

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF; RICHARD
A. LEFF; JOHN DOES 1-100,

                Defendants.

-----------------------------------------------------------------x

NOTICE OF CHANGE OF ADDRESS

07-CV-6865 (LTS)

**PLEASE TAKE NOTICE,** that as of August 1, 2008, the Manhattan office of **KAUFMAN BORGEEST & RYAN LLP**, will relocate to 120 Broadway – 14th Floor, New York, New York 10271. The telephone number for the firm shall remain (212) 980-9600 and the fax number shall remain (212) 980-9291.

Pursuant to CPLR §2103, as of August 1, 2008, service of papers will be accepted at that address only.

Dated: New York, New York
       July 23, 2008

                                  Yours, etc.,

                                  KAUFMAN BORGEEST & RYAN LLP

                                  By:_____
                                     Jonathan B. Bruno
                                     Attorneys for Defendants,
                                     RICHARD A. LEFF
                                     120 Broadway – 14th floor
                                     New York, NY 10271
                                     (212) 980-9600

**TO:** Eric Weinstein, Esq.
David J. Galalis, Esq.
Feldman Weinstein & Smith LLP
420 Lexington Avenue, Suite 2620
New York, NY 10170
(212) 869-7000

Lawrence F. Morrison, Esq.
220 East 72nd Street, 25th Floor
New York, NY 10021
(212) 861-1224

Michael L. Soshnick, Esq.
190 Willis Avenue, Suite 112
Mineola, NY 11501
(516) 294-1111

## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: NOTICE OF CHANGE OF ADDRESS was served via first class mail on the 23rd day of July, 2008 upon:

Eric Weinstein, Esq.
David J. Galalis, Esq.
Feldman Weinstein & Smith LLP
420 Lexington Avenue, Suite 2620
New York, NY 10170
(212) 869-7000

Lawrence F. Morrison, Esq.
220 East 72nd Street, 25th Floor
New York, NY 10021
(212) 861-1224

Michael L. Soshnick, Esq.
190 Willis Avenue, Suite 112
Mineola, NY 11501
(516) 294-1111

_____
JONATHAN B. BRUNO