# Feldman Weinstein & Smith



Eric Weinstein
direct: 212-931-8701
eweinstein@feldmanweinstein.com

July 29, 2008

By Hand

Hon. Laura Taylor Swain
United States District Judge
500 Pearl Street, Room 755
New York, NY 10007

MEMORANDUM ENDORSED

Re: IndyMac Bank v. National Settlement Agency, et al.
Docket No. 07 Civ. 6865

Dear Judge Swain:

I am counsel for the plaintiff in the referenced action. I am writing to report a settlement with defendant Richard Leff, to request an extension of the deadline to file dispositive motions (until October 1, 2008, as in the related cases), and to adjourn the interim pretrial conference that is now scheduled for September 19, 2008.

I am enclosing a Stipulation of Dismissal concerning Richard Leff. Default judgments were entered against National Settlement Agency, Inc. and Steven Leff, and a stay was imposed as to Rachel Leff, whose bankruptcy case is ongoing. That leaves OptAmerica Mortgage, Inc., which was added to the case in January 2008, after the Court entered the scheduling order. OptAmerica's counsel consents to the requested relief.

I will soon file documents to reflect that plaintiff was renamed IndyMac Federal Bank, F.S.B. Finally, I also note there is an outstanding turnover motion, fully briefed and submitted on August 8, 2008, against (jointly) non-parties 180 Madison Owners, LLC and Sitt Asset Management LLC. Thank you for your consideration.

Respectfully yours,

Eric Weinstein

Enclosure

cc:    Hon. Gabriel W. Gorenstein (by fax)
       Louis Valvo, Esq. (by email)
       Jonathan Bruno, Esq. (by email)

*Granted. The interim pretrial conference is adjourned sine die.*

SO ORDERED:    DATE 7/29/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Feldman Weinstein & Smith LLP | 420 Lexington Avenue, New York, NY 10170 | T – 212-869-7000 F – 212-997-4242
ATTORNEYS AT LAW | www.feldmanweinstein.com