UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
INDYMAC BANK, F.S.B.,

        Plaintiff,

-against-

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF; RICHARD
A. LEFF; JOHN DOES 1-100,

        Defendants.
---------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

07 CV-6865 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 2 2008

IT IS HEREBY STIPULATED AND ORDERED that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-captioned action be, and hereby is, dismissed as against Richard A. Leff only, with prejudice and without any finding of liability against Richard A. Leff whatsoever, and without interest, costs or attorneys' fees pursuant to Federal Rule of Civil Procedure 41.

Dated: _____, 2008

_____
Eric Weinstein
Feldman Weinstein & Smith LLP
420 Lexington Avenue, Suite 2620
New York, NY 10170
(212) 869-7000
Attorneys for Plaintiff

_____
Jonathan B. Bruno
Kaufman Borgeest & Ryan LLP
99 Park Avenue, 19th Floor
New York, NY 10016
(212) 980-9600
Attorneys for Defendant,
Richard A. Leff

SO ORDERED

_____ 8/11/08
The Honorable Laura T. Swain
United States District Judge

649546

TOTAL P.03