UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INDYMAC BANK, F.S.B.,                              :

            Plaintiff,                            :

            -v-                                          :

NATIONAL SETTLEMENT AGENCY INC. et al.,:

            Defendants.                       :
-----------------------------------------------------------------X

ORDER

07 Civ. 6865 (LTS) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Paragraph 9 of the Pre-Trial Scheduling Order filed December 3, 2007 (Docket # 49) is revised as follows: the final pre-trial conference before Judge Swain scheduled for November 21, 2008 is adjourned to March 20, 2009, at 11:00 a.m.

      SO ORDERED.

Dated: August 15, 2008
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge